UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

    ROBERT ALLEN GIBSON,                                Case No. 23-16430-MAM
    a/k/a ROBERT A. GIBSON,                             Chapter 13

        Debtor.
_____/

**<u>MOTION TO DISMISS CASE FOR IMPROPER FILING OF PETITION FOR RELIEF</u>**

       Comes now, Creditor Kelly Landers ("Landers"), by and through undersigned counsel, and files this Motion to Dismiss Case for Improper Filing of Petition for Relief and states:

       1.      Landers is a creditor in this matter whose claim is evidenced by a Proof of Claim no. 1 filed of even date.

       2.      Debtor filed a voluntary petition on March 15, 2023, the purpose of which was in part to delay a Palm Beach County state court action, case no. 2022-CA-005010, brought by Landers to determine that an assignment of her interest in a separate state court action to Debtor was unlawful and tantamount to Debtor practicing law without a license.

       3.      Debtor filed a defective voluntary petition in bad faith which lists an executive office in Boca Raton, Florida as its residential address in Part 5 and also failed to list Debtor's full name (substituting an initial instead of its middle name) in Part 1. Debtor, who resides in Pompano Beach or in Lake Worth Beach, is merely a virtual tenant at said executive office.

       4.      These representations are basic requirements which are plainly set forth on the official Form 101 and Debtor's failure to file same in accordance with the instructions renders its Voluntary Petition improper.

       WHEREFORE, Landers requests that this case be dismissed for the improper bad faith filing of Debtor's Voluntary Petition.

**S I S K I N D ,   P L L C**

<u>        /s/ Jeffrey M. Siskind         </u>
Jeffrey M. Siskind, Esq.   FBN 138746

- Counsel for Creditor -

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300   Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE   (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 17, 2023 upon Debtor's counsel, the Chapter 13 Trustee and the Office of the United States Trustee by CM/ECF upon the filing hereof.

<u>        /s/ Jeffrey M. Siskind         </u>
Jeffrey M. Siskind, Esq.   FBN 138746