UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

      ROBERT ALLEN GIBSON,                    Case No. 23-16430-MAM
      a/k/a ROBERT A. GIBSON,

                                    Chapter 13

               Debtor.

_____/

### CERTIFICATE OF SERVICE OF MOTION TO DISMISS CASE FOR IMPROPER FILING OF PETITION FOR RELIEF (ECF 7)

      **I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (ECF 7) on Creditor's Motion to Dismiss Case for Improper Filing of Petition for Relief (ECF 6) was served on August 17, 2023 by CM/ECF upon:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Brian McMahon, Esq.
briankmcmahon@gmail.com

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

      In addition to the foregoing, there are at present no creditors not registered on

CM/ECF who need to be served by U.S. Mail, postage prepaid.

### S I S K I N D ,  P L L C

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FAN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**