**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**

**ROBERT A GIBSON,**

        **Debtor.**
_____/

Case No. 23-16430-MAM
Chapter 13

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Daniel Weber, Esq., of the law firm of Sachs Sax Caplan, P.L., hereby appears as counsel for creditor, PALM ISLES I CONDOMINIUM ASSOCIATION, INC., and under, inter alia, Bankruptcy Rules 2002, 9007 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon undersigned at the following:

DANIEL WEBER, ESQ.
Sachs Sax Caplan, P.L.
6111 Broken Sound Pkwy NW, Suite 200
Boca Raton, FL 33487
Phone: 561-994-4499
Service Email: dweber@ssclawfirm.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case,

including with respect to (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use, or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

Dated: Boca Raton, FL
       August 17, 2023

                SACHS SAX CAPLAN, P.L.
                ATTORNEYS FOR PALM ISLES I
                CONDOMINIUM ASSOCIATION, INC.

BY:  */s/ Daniel Weber*
       Daniel Weber, Esq.
       Florida Bar No. 106785
       Sachs Sax Caplan, P.L.
       6111 Broken Sound Pkwy NW, Suite 200
       Boca Raton, FL 33487
       Phone: 561-994-4499
       Service Email: dweber@ssclawfirm.com