UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,                                    Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,
                                                                           Chapter 13
            Debtor.
_____/

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR ORDER DETERMINING INAPPLICABILITY OF THE AUTOMATIC STAY (ECF 12)

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (ECF 12) on Motion for Order Determining Applicability of the Automatic Stay (ECF 11) was served on August 17, 2023 by CM/ECF upon those parties identified on the attached Mailing Matrix by CM/ECF:

| | |
|---|---|
| Office of the US Trustee | Jeremy Dicker, Esq. |
| USTPRegion21.MM.ECF@usdoj.gov | jdicker@ssclawfirm.com |
| | |
| Robin R Weiner | Brian McMahon, Esq. |
| ecf@ch13weiner.com, ecf2@ch13weiner.com | briankmcmahon@gmail.com |

The following parties were served with both the Motion and Notice of Hearing by U.S. Mail on August 18, 2023: Wells Fargo; JP Morgan Chase Bank, N.A.; Goldman Sachs Bank USA; Capital One; William Larocque; Kelly Landers and Joseph Karam.

**S I S K I N D ,   P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FAN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 23-16430-MAM<br>Southern District of Florida<br>West Palm Beach<br>Fri Aug 18 18:38:29 EDT 2023 | Palm Isles I Condominium Association, Inc.<br>c/o Sachs Sax Caplan, P.L.<br>6111 Broken Sound Parkway NW<br>Suite 200<br>Boca Raton, FL 33487-3644 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Dick Dwyer and Florida Investigators<br>c/o Siskind Legal PLLC<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | Focus Financial Services<br>Attn: Bankruptcy<br>Po Box 1050<br>Boynton Beach, FL 33425-1050 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Lockbox 6112, PO Box7247<br>Philadelphia, PA 19170-0001 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Jeffrey M. Siskind, PLLC<br>3465 Santa Barbara Dr<br>Wellington, FL 33414-7269 | Joseph Karam<br>785 8th Court, Unit 8<br>Vero Beach, FL 32962-1635 |
| Judith Siskind<br>3485 Lago De Talavera<br>Lake Worth, FL 33467-1071 | Kelly Landers<br>c/0 Jeffrey M Siskind, Esq.<br>Siskind, PLLC<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Palm Isles I Condo Assn<br>c/o Jeremy Dicker, Esq<br>Sachs Sax Caplan<br>6111 Broken Sound Pkway NW, Ste 200<br>Boca Raton, FL 33487-3644 | Wells Fargo<br>Chalres W. Scharf, President<br>420 Montgomery Street<br>San Francisco, CA 94104-1207 | William LaRoque<br>c/o Jeffrey Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 |
| Brian K. McMahon Esq.<br>1401 Forum Way., Ste. 730<br>West Palm Beach, FL 33401-2322 | Kelly Landers<br>c/o Jeffrey Siskind, Esq.<br>Siskind, PLLC<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | Robert A Gibson<br>2385 Executive Cir Dr.<br>Suite 100<br>Boca Raton, FL 33431-8510 |
| Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JP Morgan Chase
3415 Vision Drive
Columbus, OH 43219-6009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19