UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,                       Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,

                                                               Chapter 13

Debtor.
_____/

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR ORDER DETERMINING INAPPLICABILITY OF THE AUTOMATIC STAY (ECF 20)

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (ECF 20) on Motion for Order Determining Applicability of the Automatic Stay (ECF 19) was served on August 24, 2023 by CM/ECF upon those parties identified on the attached Mailing Matrix by CM/ECF:

| | |
|---|---|
| Office of the US Trustee<br>USTPRegion21.MM.ECF@usdoj.gov | Jeremy Dicker, Esq.<br>jdicker@ssclawfirm.com |
| Robin R Weiner<br>ecf@ch13weiner.com, ecf2@ch13weiner.com | Brian McMahon, Esq.<br>briankmcmahon@gmail.com |

The following parties were served by U.S. Mail on August 24, 2023: Wells Fargo; JP Morgan Chase Bank, N.A.; Goldman Sachs Bank USA; Capital One; William Larocque; Kelly Landers and Joseph Karam to addresses as shown on the official case Mailing Matrix.

**S I S K I N D ,   P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FAN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**
