UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  ROBERT GIBSON,                             Case No.   22-16430-MAM
                                                   Chapter 13
         Debtor.
_____/

**EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE MATRIX, SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

COMES NOW the Debtor, ROBERT GIBSON, by and through undersigned counsel, and files this Ex-Parte Motion for Extension of Time to File Matrix, Schedules, Statement of Financial Affairs and Chapter 13 Plan, and states:

1. The Debtor filed a "skeleton" Chapter 13 petition on August 15, 2023.
2. The Court entered a Notice of Incomplete Filings Due giving the Debtor until November August 30, 2023 to file the schedules, Statement of Financial Affairs, Statement of Current Monthly Income, and payment advices.
3. The undersigned has needs additional information to complete the schedules and requests additional time.

WHEREFORE the Debtor respectfully requests that the Court extend the time to comply with the Notice of Incomplete Filings Due to September 6, 2023.

I HEREBY CERTIFY that a copy of the foregoing was provided either electronically or via U.S. Mail to all parties on the matrix this 30th day of August, 2023.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

BRIAN K. MCMAHON, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704