

**ORDERED in the Southern District of Florida on September 5, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  ROBERT GIBSON,                    Case No.   23-16430-MAM
                                          Chapter 13
           Debtor.
_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE MATRIX, SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

THIS MATTER came before the Court for consideration of the Debtor's Ex-Parte Motion for Extension of Time to File Matrix, Schedules, Statement of Financial Affairs and Chapter 13 Plan [ECF # 22]. The Court, having reviewed the motion and being fully advised of its premises, grants the motion. Accordingly, it is

ORDERED that the Ex-Parte Motion for Extension of Time to File Schedules, Statement of Financial Affairs and Chapter 13 Plan is granted. The Debtor shall have until September 6, 2023 to file his matrix, schedules, Statement of Financial Affairs, Statement of Current Monthly Income, plan and payment advices. No further extensions will be granted absent extraordinary circumstances.

###

Submitted by:

Brian K. McMahon, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

Attorney McMahon shall provide a copy of this order to all interested parties and file a certificate of service.