UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT A. GIBSON                                  Case No. 23-16430-MAM
                                                  Chapter 13
        Debtor.
_____/

**EX-PARTE MOTION TO AMEND VOLUNTARY PETITION**

COMES NOW, the Debtor, ROBERT A. GIBSON (the "Debtor"), by and through undersigned counsel, and files this Motion to Amend Voluntary Petition, and states:

1. The Debtor filed the instant bankruptcy petition on August 15, 2023.

2. The petition failed to list the Debtor's middle name and had a mistake on the residential address.

3. The Debtor seeks to amend the petition to include his middle name and correct the residential address.

WHEREFORE the Debtor respectfully requests that the Court enter an order permitting the Debtor to amend the voluntary petition.

                                        BRIAN K. MCMAHON, P.A.
                                        1401 Forum Way, Suite 730
                                        West Palm Beach, FL 33401
                                        Tel (561)478-2500
                                        Fax (561)478-3111

                                        s/ Brian K. McMahon
                                        Brian K. McMahon
                                        FL Bar No. 853704