UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

In Re:                                         Case No. 23-16430-MAM

    ROBERT A. GIBSON                      Chapter 13

        Debtor.

_____/

### RESPONSE TO MOTIONS FOR ORDER DETERMINING INAPPLICABILITY OF AUTOMATIC STAY

COMES NOW Debtor, Robert A. Gibson, by and through undersigned counsel and files this Response to Motions for Order Determining Inapplicability of Automatic Stay (ECF #11, 16, 19), and states:

1. On August 15, 2023, Debtor filed the instant case.

2. On August 18, 2023, Movants, through their attorney Jeffrey M. Siskind, filed the first of the three motions for order determining inapplicability of automatic stay in this matter.[1]

3. The Movants are seeking relief from stay to seek a "prefiling order" to declare the Debtor a vexatious litigant and require posting of adequate protection security.

4. The movants are the Plaintiffs in pending state court lawsuits against the Debtor.

5. There is no purpose for obtaining a state court order other than to harass the Debtor and require him to spend his time and energy in state court.

6. The motion for an order determine the inapplicability of the stay should be denied.

I HEREBY CERTIFY that a copy of the foregoing was electronically provided to Jeffrey Siskind, Esq. jeffsiskind@msn.com this 5th day of September, 2023.

BRIAN K. MCMAHON, P.A.

---

[1] It should be noted that the Debtor once worked for Jeffrey Siskind and that the two have been at odds for years.

1401 Forum Way, Suite 730
West Palm Beach, FL 33401

s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704