UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,　　　　　　　　　　　　Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,　　　　　　　　　　　　Chapter 13

　　　Debtor.
_____/

**NOTICE OF WITHDRAWAL OF DOCUMENT FILED AT ECF 6**

COMES NOW, Kelly Landers ("Movant"), by and through undersigned counsel, and files this Notice of Withdrawal of Document Filed at ECF 6, and states:

1.　Movant filed a Motion to Dismiss for Improper Filing of Petition for Relief on August 17, 2023, after which the Debtor filed an Ex Parte Moton to Amend Petition to correct an error in Debtor's address.

2.　For that reason, the relief sought by Movant will be moot upon the filing of the corrected petition.

WHEREFORE, Movant withdraws its Motion to Dismiss for Improper Filing of Petition for Relief filed at ECF 6.

**S I S K I N D ,  P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Document Filed at ECF 6 was served electronically by CM/ECF on September 7, 2023 upon Debtor's counsel, the Chapter 13 Trustee, the Office of the United States Trustee.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746