

ORDERED in the Southern District of Florida on September 14, 2023.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT A. GIBSON                                              Case No. 23-16430-MAM
                                                              Chapter 13
     Debtor.
_____/

ORDER GRANTING DEBTORS' EX PARTE MOTION
TO AMEND VOLUNTARY PETITION

THIS MATTER came before the Court upon the Debtor's Ex Parte Motion to Amend Voluntary Petition [DE# 24], and based on the representations made by the attorney for the debtors, it is

ORDERED AND ADJUDGED that:

1. Debtor's Motion to Amend Voluntary Petition is GRANTED.

2. Debtor shall be allowed to file an Amended Petition to include the Debtor's middle name and correct his residential address.

###

Submitted by:
BRIAN K. MCMAHON, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

Brian K. McMahon, P.A. is directed to serve all parties of interest and file a Certificate of Service.