# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In re:**

**ROBERT ALLEN GIBSON,**

Debtor.

_____/

Case No. 23-16430-MAM

Chapter 13

## NOTICE OF APPEARANCE

Mark Roher, Esq. and Mark S. Roher, P.A. aka The Law Office of Mark S. Roher, P.A., files this notice of appearance on behalf of Ethan Michael Bendavid.

Dated this 19th day of September, 2023.

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Ethan Michael Bendavid*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200

By:  */s/ Mark S. Roher*
     Mark S. Roher
     Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2023, a true and correct copy of the foregoing was served by CM/ECF on all parties of record.

*/s/ Mark S. Roher*
Mark S. Roher