UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,                      Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,

                                                                Chapter 13

             Debtor.
_____/

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR PREFILING ORDER (ECF 39)

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (ECF 39) on Motion for Prefiling Order (ECF 38) was served on September 21, 2023 by CM/ECF upon those parties identified on the attached Mailing Matrix by CM/ECF:

Office of the US Trustee                      Jeremy Dicker, Esq.
USTPRegion21.MM.ECF@usdoj.gov       jdicker@ssclawfirm.com

Robin R Weiner                               Brian McMahon, Esq.
ecf@ch13weiner.com, ecf2@ch13weiner.com     briankmcmahon@gmail.com

The following parties were served by U.S. Mail on September 21, 2023: Wells Fargo; JP Morgan Chase Bank, N.A.; Goldman Sachs Bank USA; Capital One; William Larocque; Kelly Landers and Joseph Karam to addresses as shown on the official case Mailing Matrix.

**S I S K I N D ,   P L L C**

                 */s/ Jeffrey M. Siskind*
           Jeffrey M. Siskind, Esq.   FAN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**