UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,  　　　　　　　　　　Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,

　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON AMENDED MOTION FOR ORDER CANCELLING ASSIGNMENT AND TO RESTORE CAUSE OF ACTION TO MOVANT (ECF 42)**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (ECF 45) on MOTION FOR ORDER CANCELLING ASSIGNMENT AND TO RESTORE CAUSE OF ACTION TO MOVANT (ECF 44) was served on September 24, 2023 by CM/ECF upon those parties identified on the attached Mailing Matrix by CM/ECF:

Office of the US Trustee　　　　　　　　　　Jeremy Dicker, Esq.
USTPRegion21.MM.ECF@usdoj.gov　　　　　jdicker@ssclawfirm.com

Robin R Weiner　　　　　　　　　　　　　　Brian McMahon, Esq.
ecf@ch13weiner.com, ecf2@ch13weiner.com　　briankmcmahon@gmail.com

The following parties were served by U.S. Mail on September 24, 2023: Wells Fargo; JP Morgan Chase Bank, N.A.; Goldman Sachs Bank USA; Capital One; William Larocque; Kelly Landers and Joseph Karam to addresses as shown on the official case Mailing Matrix.

**S I S K I N D , P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FAN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**