

**ORDERED in the Southern District of Florida on September 26, 2023.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:  　　　　　　　　　　　　　　　　　　Case No. 23-16430-MAM
　　ROBERT A. GIBSON　　　　　　　　　　　Chapter 13

　　　　　　　Debtor.
_____/

### ORDER DENYING MOTIONS FOR ORDER DETERMINING INAPPLICABILITY OF AUTOMATIC STAY

THIS MATTER came before the Court on September 7, 2023 at 1:00 p.m. for consideration of multiple Motions for Order Determining Inapplicability of Automatic Stay (ECF #11, 16, 19). The Court, having considered the motions, the response thereto and for the reasons set forth on the record, denies the motions. Accordingly, it is

ORDERED that the Motions for Order Determining Inapplicability of Automatic Stay, docket entries #11, #16, #19 are denied.

###

Submitted by:

Brian K. McMahon, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
briankmcmahon@gmail.com

Attorney McMahon shall serve a copy of this order on all interested parties and file a certificate of service.