UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

ROBERT GIBSON                                              Case No.: 23-16430-MAM
SSN: XXX-XX-8057                                           Chapter 13

        Debtor.
_____/

## NOTICE OF APPEARANCE
## AS ATTORNEY FOR CREDITOR RICHARD FAIRCHILD and
## REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Appearance as attorney of record for **RICHARD FAIRCHILD** in the above styled cause and Request for Service of Documents and respectfully requests that said counsel be copied with all pleadings, motions, notices and other matters filed in this bankruptcy proceeding.

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

I hereby certify that a true and correct copy of this Notice was electronically filed and/or mailed to all parties listed below this 27th day of September, 2023.

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: September 27, 2023        WHITE-BOYD LAW, P.A.
                                       Attorney for Creditor – RICHARD FAIRCHILD
                                       1818 S. Australian Avenue, Suite 406
                                       West Palm Beach, FL  33409
                                       (561) 508-3042
                                       By: */s/ Nadine V. White-Boyd*
                                       NADINE V. WHITE-BOYD, ESQ.
                                       Florida Bar No. 0184144

## SERVICE LIST

**Copy provided by Electronic Mail to**:
- Brian K. McMahon    briankmcmahon@gmail.com, irizarryelise1@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com; ECF2.markroherlaw@gmail.com
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Daniel A Weber    dweber@ssclawfirm.com, smurguia@ssclawfirm.com
- Robin R Weiner    ecf@ch13weiner.com, ecf2@ch13weiner.com

**Copy provided by U.S. Mail to:**
Richard Fairchild
P.O. Box 5798
Lake Worth, FL  33466