**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

ROBERT GIBSON,              Case No: 23-16430-MAM
                                             Chapter 11

_____Debtors_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1 | Kelly Landers | $27,000.00 | Complaint filed in state court seeks non-monetary relief. Claim seeks monetary relief. There's no basis for monetary relief. Claim should be disallowed. |
| 2 | Joseph Karam | $41,095.03 | Complaint filed in state court seeks non-monetary relief. Claim seeks monetary relief. There's no basis for monetary relief. Claim should be disallowed. |
| 3 | Joseph Karam | $41,143.43 | Nothing attached to the claim to substantiate a claim against the Debtor. Claim should be disallowed. |

LF-24 (rev. 06/02/08)

I hereby certify that a copy of the foregoing was provided electronically to Jeffrey Siskind, Esq, jeffsiskind@msn.com this 26th day of October, 2023.

                                          s/ Brian K. McMahon
                                          BRIAN K. MCMAHON
                                          FL Bar No. 853704
                                          Attorney for Debtors
                                          1401 Forum Way, Suite 730
                                          West Palm Beach, FL 33401
                                          Tel (561)478-2500
                                          Fax (561)478-3111