UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT A. GIBSON

        Debtor.

_____/

Case No. 23-16430-MAM
Chapter 13

## RESPONSE TO MOTION TO DISMISS AND MOTION TO STRIKE PLEADING

COMES NOW the Debtor, Robert A. Gibson, by and through undersigned counsel, and files this Response to the Motion to Dismiss [ECF #51] and moves to strike the pleading, and states:

1. The Debtor filed his chapter 13 case on August 15, 2023.

2. Ethan Michael Bendavid ("Bendavid") filed a Motion to Dismiss this case on September 28, 2023.

3. Prepetition, the Debtor filed an action against Bendavid for Civil Conspiracy, Conversion and Civil Theft.

4. Bendavid filed an answer and affirmative defenses in that proceeding but did not file a counterclaim.

5. Bendavid is not a creditor in this bankruptcy proceeding and has no standing to seek dismissal.

6. Further, the motion seeks dismissal for false oaths. Bendavid asserts that

    a. the Debtor value of "unknown" placed on the claim against Bendavid is false because the Debtor stated in interrogatories that the claim amount is $169,400.00

    b. the omission of a non-recourse promissory note as a liability is also a false statement.

7. The Debtor's lawsuit with Bendavid is unresolved and disputed. At this time, the amount of that claim and its collectability, if any, is unknown. Thus, stating that the value is "unknown" is not a false statement.

8. The non-recourse promissory note is not a liability of the Debtor. The note provides that the "lender" will receive up to $75,000 from any recover from Bendavid.

9. The motion to dismiss is unsubstantiated by the facts and should be denied.

WHEREFORE the Debtor respectfully requests that the Court should strike the Motion to Dismiss because the Movant lacks standing. If the Court were to consider the motion, the motion to dismiss should be denied as unsubstantiated.

I HEREBY CERTIFY that a copy of this document was provided electronically to Mark Roher, Esq. mroher@markroherlaw.com this _30th__ day of October, 2023.

                                               Brian K. McMahon, P.A.
                                               1401 Forum Way, Suite 730
                                               West Palm Beach, FL 33401
                                               Tel (561)478-2500
                                               briankmcmahon@gmail.com

                                               s/ Brian K. McMahon
                                               Brian K. McMahon
                                               FL Bar No. 853704