# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In re:  
**Robert Allen Gibson**

Case No. **23-16430-MAM**  
Chapter **13**

_____ Debtor(s)    /

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐  No further action is necessary.

2) The following actions have been taken:

   ☑  The debtor has filed an objection to the proof of claim filed by **Kelly Landers; Joseph Karam; Dick Dwyer and Florida Investigators; William LaRocque; Jeffrey Siskind; Richard Fairchild**.

   ☐  The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐  Other: _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on **10/30/23**.

Submitted by:  **/s/ Brian K. McMahon**

**Brian K. McMahon 853704**  
**853704 FL**  
**Brian K. McMahon, PA**  
**1401 Forum Way**  
**Suite 730**  
**West Palm Beach, FL 33401**  
**561-478-2500**  
**561-478-3111**

LF-76 (rev. 12/1/09)