United States Bankruptcy Court

Southern District of Florida

In re:  
Robert Allen Gibson  
    Debtor

Case No. 23-16430-MAM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: CGFD65 | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allen Gibson, 2385 Executive Cir Dr., Suite 100, Boca Raton, FL 33431-8510 |
| cr | + | Dick Dwyer, c/o Jeffrey M Siskind, Esq., SISKIND, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Jeffrey Marc Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Joseph Karam, c/o Jeffrey M. Siskind, Esq., SISKIND PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Kelly Landers, c/o Jeffrey Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414 UNITED STATES 33414-7269 |
| cr | + | Richard Fairchild, PO Box 5798, Lake Worth, FL 33466-5798 |
| intp | + | Sovereign Gaming & Entertainment, LLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047633 | + | Dick Dwyer and Florida Investigators, c/o Siskind Legal PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047634 | + | Focus Financial Services, Attn: Bankruptcy, Po Box 1050, Boynton Beach, FL 33425-1050 |
| 97129136 | + | Jeffrey M. Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047636 | + | Jeffrey M. Siskind, PLLC, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |
| 97047637 | + | Joseph Karam, 785 8th Court, Unit 8, Vero Beach, FL 32962-1635 |
| 97047639 | + | Judith Siskind, 3465 Santa Barbara Dr, Wellington FL 33414-7269 |
| 97050914 | + | Kelly Landers, c/0 Jeffrey M Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047640 | + | Palm Isles I Condo Assn, c/o Jeremy Dicker, Esq, Sachs Sax Caplan, 6111 Broken Sound Pkway NW, Ste 200, Boca Raton, FL 33487-3644 |
| 97122981 | + | Palm Isles I Condominium Association, Inc., c/o Sachs Sax Caplan, P.L., 6111 Broken Sound Pkwy NW, Suite 200, Boca Raton, FL 33487-3644 |
| 97111119 | + | Richard Fairchild, White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97075100 | + | US Bank, Kass Shuler, 1505 N Florida Ave, Tampa, FL 33602-2654 |
| 97111117 | + | White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97047642 | + | William LaRoque, c/o Jeffrey Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97129046 | + | William Larocque, c/o Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 14 2023 01:53:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| intp | + | Email/Text: mroher@markroherlaw.com | Nov 14 2023 01:54:00 | Ethan Michael Bendavid, c/o Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Rd., Ste 300, Pembroke Pines, FL 33028-1032 |
| 97047632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 02:13:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97082266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 02:24:14 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97047635 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 14 2023 01:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 97047638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 02:24:21 | JP Morgan Chase, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 97077735 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 14 2023 01:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 13, 2023 | Form ID: CGFD65 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 97047641 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br><br>Nov 14 2023 02:24:41 | LLC, P.O. Box 9013, Addison, Texas 75001-9013<br><br>Wells Fargo, Chalres W. Scharf, President, 420 Montgomery Street, San Francisco, CA 94104-1207 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Judith Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | *+ | Palm Isles I Condominium Association, Inc., c/o Sachs Sax Caplan, P.L., 6111 Broken Sound Parkway NW, Suite 200, Boca Raton, FL 33487-3644 |
| intp | *+ | William Larocque, c/o Siskind PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 15, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian K. McMahon, Esq. | on behalf of Debtor Robert Allen Gibson briankmcmahon@gmail.com irizarryelise1@gmail.com |
| Daniel A Weber | on behalf of Creditor Palm Isles I Condominium Association Inc. dweber@ssclawfirm.com, smurguia@ssclawfirm.com |
| Jeffrey M Siskind | on behalf of Creditor Jeffrey Marc Siskind jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Interested Party Sovereign Gaming & Entertainment LLC jeffsiskind@msn.com, jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Interested Party William Larocque jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Creditor Joseph Karam jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Creditor Kelly Landers jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Creditor Dick Dwyer jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Interested Party Judith Siskind jeffsiskind@msn.com jmsesq500@gmail.com |
| Mark S. Roher, Esq. | on behalf of Interested Party Ethan Michael Bendavid mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |

District/off: 113C-9　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Nov 13, 2023　　　　　　　　　　　Form ID: CGFD65　　　　　　　　　　　　　　Total Noticed: 29

| Name | Details |
|---|---|
| Nadine V. White-Boyd | on behalf of Creditor Richard Fairchild nadine@wblawpa.com  nvwboyd@aol.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |

TOTAL: 13

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on November 10, 2023**

*Mindy A Mora*
**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–16430–MAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert Allen Gibson
2385 Executive Cir Dr.
Suite 100
Boca Raton, FL 33431

SSN: xxx–xx–8057

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

   Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*###*

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*