UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,  Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,  Chapter 13

Debtor.
_____/

## OBJECTION TO CONFIRMATION AND DISCHARGE

COME NOW Kelly Landers, Joseph Karam, William Larocque, Dick Dwyer and Dwyer Surveillance, Inc. ("Dwyer") and Jeffrey M. Siskind as assignee of Sovereign Gaming & Entertainment, LLC and Judith S. Siskind ("Movants"), by and through undersigned counsel, and pursuant to Section 523(a) of the U.S. Bankruptcy Code file this Objection to Confirmation and Discharge, and state:

1. Movants are creditors of the Debtor whose debts cannot be discharged because they emanated from Debtor's fraudulent actions and/or false representations. With respect to Landers, Karam and Larocque, Debtor falsely claims that it possesses rights belonging to said Movants.

2. Debtor also falsely represented its financial condition by failing to advise the Court that its debt to Wells Fargo Bank, N.A. as successor to Wachovia Bank, N.A. listed as $37,236.58 exceeds $100,000 and was determined by this Court to be nondischargeable due to fraud by the Debor in its prior bankruptcy case.

3. Debtor also failed to list valuable real property that is acquired in Palm Beach County prior to the filing of its instant bankruptcy case and failed to accurately list the value of judgments against undersigned counsel that it contends it owns.

4. Debtor's proposed $1,000 monthly plan payments to unsecured creditors are

insufficient based upon its $1,730 net monthly income stated in Debtor's Schedule J.

5. Debtor's liquidation test fails to meet the best interest of creditors test.

6. With respect to the named Movants, the bases for non-dischargeability were articulated in the various Proofs of Claim filed by said Movants.

7. As to Movants Landers, Karam and Dwyer, their pending state court cases were removed to this Court while state court cases brought by Siskind and Larocque were not removable and remain pending in state court.

WHEREFORE, Movants request that the Court deny confirmation and discharge until the Movants' respective rights have been adjudicated, and for such other and further relief as appropriate.

**S I S K I N D ,  P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Cancel Assignment and to Restore Cause of Action to Movant was served on November 20, 2023 upon Debtor's counsel, the Chapter 13 Trustee, the Office of the United States Trustee and all other creditors and interested parties on the attached mailing matrix.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746