UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION

IN RE:

ROBERT ALLEN GIBSON,           CASE NO.: 23-16430-MAM
                                             CHAPTER 13
                                             JUDGE MINDY A MORA

       Debtor(s).

_____ /

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
*Subject Property: 1709 22ND AVE N, LAKE WORTH, FL 33460*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMTP Trust, Series 2019-C in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318

                                           By: /s/ Ida A. Moghimi-Kian
                                           Ida A. Moghimi-Kian
                                           Florida Bar No. 56395
                                           Diaz Anselmo & Associates, P.A.
                                           **Attorneys for Creditor**
                                           P.O. BOX 19519
                                           Fort Lauderdale, FL 33318
                                           Phone: (954) 564-0071
                                           Fax:  (954) 564-9252
                                           IMoghimi-Kian@dallegal.com

File No. 1463-197005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, November 28, 2023, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL 33431
*Debtor(s)*

BRIAN K. MCMAHON, ESQ.
1401 FORUM WAY., STE. 730
WEST PALM BEACH, FL 33401
*Attorney for Debtor(s)*

ROBIN R. WEINER
PO BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

By: /s/ Ida A. Moghimi-Kian
Ida A. Moghimi-Kian
Bar No. 56395
IMoghimi-Kian@dallegal.com