**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

ROBERT GIBSON,                             Case No: 23-16430-MAM
                                           Chapter 11
　　　Debtor.
_____/

**NOTICE OF WITHDRAWAL OF DOCUMENTS**

　　　COMES NOW the Debtor, ROBERT GIBSON, and files this Notice of Withdrawal of Objection to Claim #9 (ECF #64).

I hereby certify that a copy of the foregoing was provided electronically to Nadine White-Boyd, Esq. nadine@wblawpa.com this 7th day of December, 2023.

　　　　　　　　　　　　　　　　　　　BRIAN K. MCMAHON, P.A.
　　　　　　　　　　　　　　　　　　　1401 Forum Way, Suite 730
　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　　Tel (561)478-2500
　　　　　　　　　　　　　　　　　　　Fax (561)478-3111

　　　　　　　　　　　　　　　　　　　s/ Brian K. McMahon
　　　　　　　　　　　　　　　　　　　Brian K. McMahon
　　　　　　　　　　　　　　　　　　　FL Bar No. 853704