UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-16430-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERT ALLEN GIBSON
XXX-XX-8057

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of December, 2023.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS  
CASE NO.: 23-16430-BKC-MAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL  33431

**ATTORNEY FOR DEBTOR**
BRIAN K. MCMAHON, ESQUIRE
1401 FORUM WAY
6TH FLOOR
WEST PALM BEACH, FL  33401

**CREDITOR(S)**
CAPITAL ONE
POB 30285
SALT LAKE CITY, UT  84130

CAPITAL ONE BANK USA NA
C/O AMERICAN INFOSOURCE, LP
POB 71083
CHARLOTTE, NC  28272

DIAZ ANSELMO & ASSOCIATES, P.A.
POB 19519
FORT LAUDERDALE, FL  33318

DICK DWYER
C/O JEFFREY M SISKIND, ESQ.
SISKIND, PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

DICK DWYER AND FLORIDA INVESTIGATORS
C/O SISKIND LEGAL PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

FOCUS FINANCIAL
PO BOX 1050
BOYNTON BEACH, FL  33425

MOTION TO DISMISS
CASE NO.:  23-16430-BKC-MAM

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
LOCKBOX 6112, PO BOX7247
PHILADELPHIA, PA  19170

JEFFREY M. SISKIND
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

JEFFREY M. SISKIND, PLLC
3465 SANTA BARBARA DR
WELLINGTON, FL  33414

JOSEPH KARAM
785 8TH COURT, UNIT 8
VERO BEACH, FL  32962

JOSEPH KARAM
C/O JEFFREY M. SISKIND, ESQ.
SISKIND PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

JP MORGAN CHASE
3415 VISION DRIVE
COLUMBUS, OH  43219-6009

JPMORGAN CHASE BANK, N.A.
POB 15368
WILMINGTON, DE  19850

JPMORGAN CHASE BANK, NA
POB 9013
ADDISON, TX  75001

JUDITH SISKIN
3485 LAGO DE TALAVERA
LAKE WORTH, FL  33467

JUDITH SISKIND
C/O JEFFREY M. SISKIND
3465 SANTA BARBARA DR
WELLINGTON, FL  33414

MOTION TO DISMISS  
CASE NO.:  23-16430-BKC-MAM

KELLY LANDERS  
C/0 JEFFREY M SISKIND, ESQ.  
SISKIND, PLLC  
3465 SANTA BARBARA DRIVE  
WELLINGTON, FL  33414

KELLY LANDERS  
C/O JEFFREY M SISKIND, ESQ. SISKIND, PLLC  
3465 SANTA BARBARA DRIVE  
WELLINGTON, FL  33414

KELLY LANDERS  
C/O JEFFREY SISKIND, ESQ.  
SISKIND, PLLC  
3465 SANTA BARBARA DRIVE  
WELLINGTON, FL

MARK S. ROHER, P.A  
1806 N. FLAMINGO ROAD SUITE 300  
PEMBROKE PINES, FL  33028

PALM ISLES I CONDO ASSN  
C/O JEREMY DICKER, ESQ  
SACHS SAX CAPLAN  
6111 BROKEN SOUND PKWAY NW, STE 200  
BOCA RATON, FL  33487

PALM ISLES I CONDOMINIUM ASSOCIATION, INC.  
6111 BROKEN SOUND PARKWAY NW, #200  
BOCA RATON, FL  33487

PALM ISLES I CONDOMINIUM ASSOCIATION, INC.  
C/O SACHS SAX CAPLAN, P.L.  
6111 BROKEN SOUND PARKWAY NW  
SUITE 200  
BOCA RATON, FL  33487

RICHARD FAIRCHILD  
POB 5798  
LAKE WORTH, FL  33466

RICHARD FAIRCHILD  
WHITE-BOYD LAW, PA  
1818 S. AUSTRALIAN AVENUE, SUITE 406  
WEST PALM BEACH, FL  33409

MOTION TO DISMISS
CASE NO.:  23-16430-BKC-MAM

SACHS SAX CAPLAN
6111 BROKEN SOUND PARKWAY NW #200
BOCA RATON, FL  33487

US BANK
KASS SHULER
1505 N FLORIDA AVE
TAMPA, FL  33602

WELLS FARGO
CHALRES W. SCHARF, PRESIDENT
420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104

WHITE-BOYD LAW, P.A.
1818 S. AUSTRALIAN AVENUE, SUITE 406
WEST PALM BEACH, FL  33409

WILLIAM LAROQUE
C/O JEFFREY SISKIND
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414