### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**CASE NO.:  23-16430-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERT ALLEN GIBSON
XXX-XX-8057

DEBTOR_____/

### <u>CERTIFICATE OF SERVICE ON NOTICE OF HEARING</u>

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of December, 2023.

/s/ Robin R. Weiner_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL  33431

**ATTORNEY FOR DEBTOR**
BRIAN K. MCMAHON, ESQUIRE
1401 FORUM WAY
6TH FLOOR
WEST PALM BEACH, FL  33401

**CREDITOR(S)**
CAPITAL ONE BANK USA NA
C/O AMERICAN INFOSOURCE, LP
POB 71083
CHARLOTTE, NC  28272

DIAZ ANSELMO & ASSOCIATES, P.A.
POB 19519
FORT LAUDERDALE, FL  33318

DICK DWYER AND FLORIDA INVESTIGATORS
C/O SISKIND LEGAL PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

FOCUS FINANCIAL
PO BOX 1050
BOYNTON BEACH, FL  33425

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
LOCKBOX 6112, PO BOX7247
PHILADELPHIA, PA  19170

JEFFREY M. SISKIND
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

JOSEPH KARAM
785 8TH COURT, UNIT 8
VERO BEACH, FL  32962

JPMORGAN CHASE BANK, N.A.
POB 15368
WILMINGTON, DE  19850

JPMORGAN CHASE BANK, NA
POB 9013
ADDISON, TX  75001

JUDITH SISKIN
3485 LAGO DE TALAVERA
LAKE WORTH, FL  33467

KELLY LANDERS
C/O JEFFREY M SISKIND, ESQ. SISKIND, PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414

MARK S. ROHER, P.A
1806 N. FLAMINGO ROAD SUITE 300
PEMBROKE PINES, FL  33028

PALM ISLES I CONDOMINIUM ASSOCIATION, INC.
6111 BROKEN SOUND PARKWAY NW, #200
BOCA RATON, FL  33487

RICHARD FAIRCHILD
POB 5798
LAKE WORTH, FL  33466

RICHARD FAIRCHILD
WHITE-BOYD LAW, PA
1818 S. AUSTRALIAN AVENUE, SUITE 406
WEST PALM BEACH, FL  33409

SACHS SAX CAPLAN
6111 BROKEN SOUND PARKWAY NW #200
BOCA RATON, FL  33487

US BANK
KASS SHULER
1505 N FLORIDA AVE
TAMPA, FL  33602

WELLS FARGO
CHALRES W. SCHARF, PRESIDENT
420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104

WHITE-BOYD LAW, P.A.
1818 S. AUSTRALIAN AVENUE, SUITE 406
WEST PALM BEACH, FL  33409

WILLIAM LAROQUE
C/O JEFFREY SISKIND
3465 SANTA BARBARA DRIVE
WELLINGTON, FL  33414