

**ORDERED in the Southern District of Florida on December 28, 2023.**

*Mindy A. Mora*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,             Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,           Chapter 13

      Debtor.
_____/

### ORDER DENYING MOTION FOR PREFILING ORDER

THIS MATTER came before the Court on December 7, 2023 upon Jeffrey Siskind's Motion for Prefiling Order [ECF 38], and the Court having reviewed the motion, hearing argument by Movant and Debtor's counsel and being otherwise fully informed in the premises,

IT IS ORDERED THAT:

1. The motion is DENIED for the reasons stated on the record.

###

Prepared by:
Jeffrey M. Siskind, Esquire
SISKIND PLLC
*Attorneys for Debtor*
3465 Santa Barbara Drive
Wellington, FL 33414
TEL (561) 352-9166
jeffsiskind@msn.com

Attorney Siskind is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.