UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

In Re:  

    ROBERT A. GIBSON

        Debtor.

_____/

Case No. 23-16430-MAM

Chapter 13

**RESPONSE TO MOTION FOR CLARIFICATION TO OBTAIN PREFILING ORDER**

    COMES NOW Debtor, Robert A. Gibson, by and through undersigned counsel and files this Response to Renewed Motion for Clarification to Obtain Prefiling Order (ECF #85), and states:

1. On August 15, 2023, Debtor filed the instant case.

2. Siskind previously filed three motions for order determining inapplicability of automatic stay in this matter.[1]

3. The Court denied those motions.

4. Siskind now seeks clarification to obtain a "prefiling order" to declare the Debtor a vexatious litigant and require posting of adequate protection security.

5. Siskind represents other disputed creditors in pending state court lawsuits against the Debtor that have been removed to this Court.

6. Siskind bases his request for the prefiling order on a finding that the Debtor is a vexatious litigant.

7. Upon review of the state court docket, the order finding that the Debtor is a vexatious litigant is not a final order. There is a pending motion for reconsideration based on the allegation that the Debtor did not have notice of the hearing on the motion.

---

[1] It should be noted that the Debtor once worked for Jeffrey Siskind and that the two have been at odds for years and parties to various lawsuits against one another.

8. There is no purpose for obtaining a state court order other than to harass the Debtor and require him to spend his time and energy in state court.

9. The motion for clarification to obtain prefiling order should be denied.

I HEREBY CERTIFY that a copy of the foregoing was electronically provided to Jeffrey Siskind, Esq. jeffsiskind@msn.com this 8th day of January, 2024.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401

s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704