

**ORDERED in the Southern District of Florida on January 11, 2024.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,                Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,             Chapter 13

       Debtor.
_____/

### ORDER DENYING RENEWED MOTION FOR CLARIFICATION TO OBTAIN PREFILING ORDER WITHOUT PREJUDICE

THIS MATTER came before the Court on January 10, 2024 upon Jeffrey Siskind's renewed Motion for Clarification to Obtain Prefiling Order [ECF 85], and the Court having reviewed the motion, hearing argument by Movant and Debtor's counsel and being otherwise fully informed in the premises,

IT IS ORDERED THAT:

1. The motion is DENIED WITHOUT PREJUDICE for the reasons stated on the record.

###

Prepared by:
Jeffrey M. Siskind, Esquire
SISKIND PLLC
*Attorneys for Debtor*
3465 Santa Barbara Drive
Wellington, FL 33414
TEL (561) 352-9166
jeffsiskind@msn.com

Attorney Siskind is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.