UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION

IN RE:

ROBERT ALLEN GIBSON,    CASE NO.: 23-16430-MAM
                        CHAPTER 13
                        JUDGE MINDY A MORA

  Debtor(s).

_____/

**CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

*Subject Property: 1709 22ND AVE N, LAKE WORTH, FL 33460*

Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMTP Trust, Series 2019-C ("Creditor"), through its undersigned counsel and pursuant to 11 U.S.C. § 1325, hereby objects to confirmation of the Debtor's, Robert Allen Gibson ("Debtor"), Chapter 13 Plan [D.E. 26 ], and in support thereof, states:

1. **Summary of Objection**: The Debtor's Chapter 13 Plan fails to comply with the requirements imposed by the Bankruptcy Code as it does not adequately protect the Creditor's secured interest in the subject property and conform to the Debtor's contractual obligations under the Note and Mortgage.

2. **Summary of Facts**: The Debtor filed this voluntary Chapter 13 proceeding on August 15, 2023. The Creditor is a secured creditor, holding a security interest in the subject property located at 1709 22ND AVE N, LAKE WORTH, FL 33460 (the "Property").

3. **The Plan Fails to Conform to the Creditor's Business Records**: The Plan fails to provide for regular monthly payments to Creditor, although Debtor does distinguish he is not liable on the Promissory Note and Mortgage, he has title to the subject property. The Claims Bar Date was 10/24/2023. As Debtor was not the original obligor under the Note and Mortgage, Creditor will move to file a late filed claim to protect its secured claim on the subject property with a total amount due of approximately $584,445.40, current regular monthly payments of $9,816.47 (as of 1/4/2024), and arrearages in excess of

$302,929.06. Creditor objects to any plan that does not provide for how Debtor intends to treat the subject property, either paid direct or surrender of the subject property.

    **WHEREFORE**, Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMTP Trust, Series 2019-C, respectfully requests this Court to deny the confirmation of the Debtor's Chapter 13 Plan, require the Debtor(s) to conform the Plan to the Creditors records and for any such further relief this Court deems proper and just.

    By: /s/ Ida A. Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No. 56395
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
IMoghimi-Kian@dallegal.com

File No. 1463-197005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, January 17, 2024, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL 33431
*Debtor(s)*

BRIAN K. MCMAHON, ESQ.
1401 FORUM WAY., STE. 730
WEST PALM BEACH, FL 33401
*Attorney for Debtor(s)*

ROBIN R.WEINER
PO BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

By: /s/ Ida A. Moghimi-Kian
Ida A. Moghimi-Kian
Bar No. 56395
IMoghimi-Kian@dallegal.com