UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-16430-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERT ALLEN GIBSON
XXX-XX-8057

DEBTOR_____/

### NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

### *** (Hearing Set for 01/10/2024 is cancelled) ***

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for January 10, 2024 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 18th day of January, 2024.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTOR**
ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL 33431

**ATTORNEY FOR DEBTOR**
BRIAN K. MCMAHON, ESQUIRE
1401 FORUM WAY
6TH FLOOR
WEST PALM BEACH, FL 33401