UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

ROBERT A GIBSON,

Case No. 23-16430-MAM
Chapter 13

Debtor.
_____/

NOTICE TO WITHDRAW DOCUMENT
AND TO CANCEL HEARING ON 3/7/24 AT 10:00 AM

COMES NOW the creditor, PALM ISLES I CONDOMINIUM ASSOCIATION, INC., by and through the undersigned attorney, and hereby WITHDRAWS the previously filed following documents:

**Renewed Motion for Clarification of the Automatic Stay (ECF Document No. 98)** and **Notice of Hearing on Motion (ECF Document No. 99)**

Dated: Boca Raton, FL
February 5, 2024

SACHS SAX CAPLAN, P.L.
ATTORNEYS FOR PALM ISLES I
CONDOMINIUM ASSOCIATION, INC.

BY:  */s/ Daniel Weber*
Daniel Weber, Esq.
Florida Bar No. 106785
Sachs Sax Caplan, P.L.
6111 Broken Sound Pkwy NW, Suite 200
Boca Raton, FL 33487
Phone: 561-994-4499
Service Email: dweber@ssclawfirm.com