UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In re:**

                   Case No. 23-16430-MAM

**ROBERT A GIBSON,**            Chapter 13

   **Debtor.**
_____/

**MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR
AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF**

  **COMES NOW** Daniel Weber, Esq., of the law firm of Sachs Sax Caplan, P.L., as counsel for creditor, PALM ISLES I CONDOMINIUM ASSOCIATION, INC. ("Creditor Association"), and files this motion to withdraw as counsel for Creditor Association, and states as follow:

  1. Irreconcilable differences have arisen between the undersigned counsel and Creditor Association such that it is not possible for the undersigned counsel to effectively represent Creditor Association in this proceeding.

  2. Undersigned counsel has attempted to resolve said differences but has been unsuccessful.

  3. Creditor Association is a party to a pending contested matter / adversary proceeding against the Debtor.

  4. As such, undersigned counsel respectfully requests for the entry of an Order from this Honorable Court to granting this motion.

**MEMORANDUM OF LAW**

  5. Local Rule 2091-1(A) states that "A n attorney representing a creditor who is not a party to any pending contested matter or adversary proceeding may file a notice of withdrawal of his or her appearance in each affected case or proceeding."

6. Pursuant to Rule 4-1 - 16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client when "(1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement.. [and] (5) other good cause for withdrawal exists."

7. Creditor Association is presently the Appellee in an appeal filed by the Debtor in the Fourth District Court of Appeal. Thus, an adversarial proceeding between Debtor and Creditor Association is currently pending.

WHEREFORE, Creditor, PALM ISLES I CONDOMINIUM ASSOCIATION, INC., respectfully requests that this Court enter an Order granting undersigned's Motion to Withdraw as counsel for Creditor Association due to the irreconcilable differences that have arisen between the undersigned and Creditor Association and grant such other, further and different relief as the Court deems just, proper and equitable.

Dated: Boca Raton, FL
February 5, 2024

SACHS SAX CAPLAN, P.L.
ATTORNEYS FOR PALM ISLES I
CONDOMINIUM ASSOCIATION, INC.

BY: */s/ Daniel Weber*
Daniel Weber, Esq.
Florida Bar No. 106785
Sachs Sax Caplan, P.L.
6111 Broken Sound Pkwy NW, Suite 200
Boca Raton, FL33487
Phone: 561-994-4499
Service Email: dweber@ssclawfirm.com