UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                    Case No.23-16430-MAM
                                                          Chapter 13
ROBERT GIBSON,

                    Debtors
_____/

### APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Brian K. McMahon, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 10,200.00 |
| Total Expenses to be Reimbursed: | $ 0 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ 500.00 |
| Amount to be Paid through Plan: | $ 9,700.00 |

1. The amount requested, if allowed, will be paid in full after __60__ monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3. Applicant estimates that an additional __25__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:
    Representing the debtor in three adversary proceedings.

Page 1 of 2

LF-69 (rev. 12/01/09)

_____

_____.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

   The Debtor has been in contentious litigation prior to filing the case.  Three of the lawsuits were removed to the bankruptcy court, resulting in more work.  Many unusual motions have been filed against the debtor requiring additional work.

5. The source of compensation previously paid to applicant was ___the Debtor._____.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED:**   2/9/24

                              s/ Brian K. McMahon
                              BRIAN K. MCMAHON
                              FL Bar No. 853704
                              Attorney for Debtors
                              1401 Forum Way, Suite 730
                              West Palm Beach, FL 33401
                              Tel (561)478-2500
                              Fax (561)478-3111

c: Debtor
   Chapter 13 Trustee

# Brian K. McMahon, P.A.                                          **INVOICE**

1401 Forum Way, 6th Floor                                              Invoice # 527
West Palm Beach, FL 33401                                         Date: 02/09/2024
United States                                                  Due On: 03/10/2024

Robert Gibson

## 00620-Gibson

## bankruptcy

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 09/05/2023 | prepare response to mtns for inapplicability of stay | 1.20 | $400.00 | $480.00 |
| Service | 09/05/2023 | mtn to amend voluntary petition | 0.30 | $400.00 | $120.00 |
| Service | 09/06/2023 | finalize schedules and plan | 3.20 | $400.00 | $1,280.00 |
| Service | 09/07/2023 | attend hearing on mtns to determine relief from stay not applicable | 2.20 | $400.00 | $880.00 |
| Service | 10/17/2023 | meet with client to review claims; schedules | 1.10 | $400.00 | $440.00 |
| Service | 10/26/2023 | prepare obj to claims | 1.60 | $400.00 | $640.00 |
| Service | 10/26/2023 | prepare response to motion to dismiss | 0.60 | $400.00 | $240.00 |
| Service | 11/02/2023 | prepare for and attend conf hearing | 1.00 | $400.00 | $400.00 |
| Service | 11/03/2023 | meet with client to discuss status of case, how to address objections to claims. | 1.10 | $400.00 | $440.00 |
| Service | 11/09/2023 | begin preparation of notice of removal | 1.20 | $400.00 | $480.00 |
| Service | 11/13/2023 | prepare and file ntcs of removal | 2.10 | $400.00 | $840.00 |
| Service | 11/16/2023 | prepare COS on Notices of hearing in adversary proceedings | 0.60 | $400.00 | $240.00 |
| Service | 12/05/2023 | prepare for and attend status hearing on adversaries; prepare orders | 1.60 | $400.00 | $640.00 |
| Service | 12/07/2023 | meet with client to discuss claims | 0.60 | $400.00 | $240.00 |
| Service | 12/07/2023 | attend hearing on various motions | 4.40 | $400.00 | $1,760.00 |
| Service | 12/14/2023 | settlement discussions with client and Siskind | 0.40 | $400.00 | $160.00 |
| Service | 12/19/2023 | prepare for and attend scheduling conf | 0.50 | $400.00 | $200.00 |
| Service | 12/20/2023 | t/c with Siskind re: settling cases. | 0.40 | $400.00 | $160.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/08/2024 | meet with client to discuss status of lawsuits, discovery that needs to be brought, possibility of settlement. | 0.90 | $400.00 | $360.00 |
| Service | 01/08/2024 | t/c with S. Williams about removal/settlement of claims | 0.50 | $400.00 | $200.00 |
| | | | | **Total** | **$10,200.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 527 | 03/10/2024 | $10,200.00 | $0.00 | $10,200.00 |
| | | | **Outstanding Balance** | **$10,200.00** |
| | | | **Total Amount Outstanding** | **$10,200.00** |

Please make all amounts payable to: Brian K. McMahon, P.A.

Please pay within 30 days.