UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT GIBSON | CASE NO: 23-16430-MAM<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 106 |

On 2/9/2024, I did cause a copy of the following documents, described below,

1st amended plan ECF Docket Reference No. 106

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/9/2024

                                         /s/ Brian K. McMahon
                                         Brian K. McMahon

                                         Brian K. McMahon, P.A.
                                         1401 Forum Way
                                         West Palm Beach, FL  33401
                                         561 478 2500
                                         brianmcmahon@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT GIBSON | CASE NO: 23-16430-MAM<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 106 |

On 2/9/2024, a copy of the following documents, described below,

1st amended plan ECF Docket Reference No. 106

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/9/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian K. McMahon
Brian K. McMahon, P.A.
1401 Forum Way
West Palm Beach, FL  33401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING    PALM ISLES I CONDOMINIUM ASSOCIATION    SOVEREIGN GAMING  ENTERTAINMENT  LLC
NCRS ADDRESS DOWNLOAD               INC                                     3465 SANTA BARBARA DRIVE
CASE 23-16430-MAM                   CO SACHS SAX CAPLAN   PL                WELLINGTON   FL 33414-7269
SOUTHERN DISTRICT OF FLORIDA        6111 BROKEN SOUND PARKWAY NW
THU FEB 8 13-1-20 PST 2024          SUITE 200
                                    BOCA RATON   FL 33487-3644


                                            EXCLUDE
US BANK NATIONAL ASSOCIATION        (U)WEST PALM BEACH                      CAPITAL ONE
DIAZ ANSELMO  ASSOCIATES  PA                                                ATTN BANKRUPTCY
PO BOX 19519                                                                PO BOX 30285
FORT LAUDERDALE  FL 33318-0519                                              SALT LAKE CITY  UT 84130-0285




CAPITAL ONE NA                      DICK DWYER AND FLORIDA INVESTIGATORS    FOCUS FINANCIAL SERVICES
BY AMERICAN INFOSOURCE AS AGENT     CO SISKIND LEGAL PLLC                   ATTN BANKRUPTCY
PO BOX 71083                        3465 SANTA BARBARA DRIVE                PO BOX 1050
CHARLOTTE  NC  28272-1083           WELLINGTON  FL 33414-7269               BOYNTON BEACH  FL 33425-1050




GOLDMAN SACHS BANK USA              (P)JPMORGAN CHASE BANK  N A             JPMORGAN CHASE BANK  NA
ATTN BANKRUPTCY                     BANKRUPTCY MAIL INTAKE TEAM             SBMT CHASE BANK USA  NA
LOCKBOX 6112  PO BOX7247            700 KANSAS LANE FLOOR 01                CO NATIONAL BANKRUPTCY SERVICES  LLC
PHILADELPHIA  PA 19170-0001         MONROE LA 71203-4774                    PO BOX 9013
                                                                            ADDISON  TEXAS 75001-9013




JEFFREY M SISKIND                   JEFFREY M SISKIND  PLLC                 JOSEPH KARAM
3465 SANTA BARBARA DRIVE            3465 SANTA BARBARA DR                   785 8TH COURT  UNIT 8
WELLINGTON  FL 33414-7269           WELLINGTON  FL 33414-7269               VERO BEACH  FL 32962-1635




JUDITH SISKIND                      KELLY LANDERS                           OFFICE OF THE US TRUSTEE
3465 SANTA BARBARA DR               C0 JEFFREY M SISKIND  ESQ               51 SW 1ST AVE
WELLINGTON FL 33414-7269            SISKIND  PLLC                           SUITE 1204
                                    3465 SANTA BARBARA DRIVE                MIAMI  FL 33130-1614
                                    WELLINGTON  FL 33414-7269


                                            EXCLUDE
PALM ISLES I CONDO ASSN             (D)PALM ISLES I CONDOMINIUM ASSOCIATION RICHARD FAIRCHILD
CO JEREMY DICKER  ESQ               INC                                     WHITEBOYD LAW  PA
SACHS SAX CAPLAN                    CO SACHS SAX CAPLAN  PL                 1818 S AUSTRALIAN AVENUE  SUITE 406
6111 BROKEN SOUND PKWY NW  STE 200  6111 BROKEN SOUND PKWY NW               WEST PALM BEACH  FL 33409-6447
BOCA RATON   FL 33487-3644          SUITE 200
                                    BOCA RATON   FL 33487-3644



US BANK                             WELLS FARGO                             WHITEBOYD LAW  PA
KASS SHULER                         CHALRES W SCHARF  PRESIDENT             1818 S AUSTRALIAN AVENUE
1505 N FLORIDA AVE                  420 MONTGOMERY STREET                   SUITE 406
TAMPA  FL 33602-2654                SAN FRANCISCO  CA 94104-1207            WEST PALM BEACH  FL 33409-6447




WILLIAM LAROQUE                     WILLIAM LAROCQUE                        BRIAN K MCMAHON ESQ
CO JEFFREY SISKIND                  CO SISKIND  PLLC                        1401 FORUM WAY  STE 730
3465 SANTA BARBARA DRIVE            3465 SANTA BARBARA DRIVE                WEST PALM BEACH  FL 33401-2322
WELLINGTON  FL 33414-7269           WELLINGTON  FL 33414-7269
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

```
DICK DWYER                      ETHAN MICHAEL BENDAVID              JEFFREY MARC SISKIND
CO JEFFREY M SISKIND  ESQ       CO LAW OFFICE OF MARK S ROHER  PA   3465 SANTA BARBARA DRIVE
SISKIND  PLLC                   1806 N FLAMINGO RD                  WELLINGTON  FL 33414-7269
3465 SANTA BARBARA DRIVE        STE 300
WELLINGTON  FL 33414-7269       PEMBROKE PINES  FL 33028-1032


                                EXCLUDE
JOSEPH KARAM                    (D)JUDITH SISKIND                   KELLY LANDERS
CO JEFFREY M SISKIND  ESQ       3465 SANTA BARBARA DRIVE            CO JEFFREY SISKIND  ESQ
SISKIND PLLC                    WELLINGTON  FL 33414-7269           SISKIND  PLLC
3465 SANTA BARBARA DRIVE                                            3465 SANTA BARBARA DRIVE
WELLINGTON  FL 33414-7269                                           WELLINGTON  FL 33414-7269



                                DEBTOR
RICHARD FAIRCHILD               ROBERT ALLEN GIBSON                 ROBIN R WEINER
PO BOX 5798                     2385 EXECUTIVE CIR DR               ROBIN R WEINER  CHAPTER 13 TRUSTEE
LAKE WORTH  FL 33466-5798       SUITE 100                           POST OFFICE BOX 559007
                                BOCA RATON  FL 33431-8510           FORT LAUDERDALE  FL 33355-9007



EXCLUDE

(D)WILLIAM LAROCQUE
CO SISKIND PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON  FL 33414-7269
```