UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT GIBSON | CASE NO: 23-16430-MAM<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 107 |

On 2/12/2024, I did cause a copy of the following documents, described below,

Application for Compensation ECF Docket Reference No. 107

Notice of Hearing 108

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/12/2024

/s/ Brian K. McMahon
Brian K. McMahon

Brian K. McMahon, P.A.
1401 Forum Way
West Palm Beach, FL  33401
561 478 2500
briankmcmahon@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT GIBSON | CASE NO: 23-16430-MAM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 107 |

On 2/12/2024, a copy of the following documents, described below,

Application for Compensation ECF Docket Reference No. 107

Notice of Hearing 108

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/12/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian K. McMahon
Brian K. McMahon, P.A.
1401 Forum Way
West Palm Beach, FL  33401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        PALM ISLES I CONDOMINIUM ASSOCIATION   SOVEREIGN GAMING  ENTERTAINMENT  LLC
NCRS ADDRESS DOWNLOAD                   INC                                    3465 SANTA BARBARA DRIVE
CASE 23-16430-MAM                       CO SACHS SAX CAPLAN  PL                WELLINGTON   FL 33414-7269
SOUTHERN DISTRICT OF FLORIDA            6111 BROKEN SOUND PARKWAY NW
MON FEB 12 9-32-0 PST 2024              SUITE 200
                                        BOCA RATON   FL 33487-3644


                                        EXCLUDE
US BANK NATIONAL ASSOCIATION            (U)WEST PALM BEACH                     CAPITAL ONE
DIAZ ANSELMO  ASSOCIATES  PA                                                   ATTN BANKRUPTCY
PO BOX 19519                                                                   PO BOX 30285
FORT LAUDERDALE   FL 33318-0519                                                SALT LAKE CITY  UT 84130-0285




CAPITAL ONE NA                          DICK DWYER AND FLORIDA INVESTIGATORS   FOCUS FINANCIAL SERVICES
BY AMERICAN INFOSOURCE AS AGENT         CO SISKIND LEGAL PLLC                  ATTN BANKRUPTCY
PO BOX 71083                            3465 SANTA BARBARA DRIVE               PO BOX 1050
CHARLOTTE  NC  28272-1083               WELLINGTON   FL 33414-7269             BOYNTON BEACH   FL 33425-1050




GOLDMAN SACHS BANK USA                  (P)JPMORGAN CHASE BANK  N A            JPMORGAN CHASE BANK  NA
ATTN BANKRUPTCY                         BANKRUPTCY MAIL INTAKE TEAM            SBMT CHASE BANK USA  NA
LOCKBOX 6112  PO BOX7247                700 KANSAS LANE FLOOR 01               CO NATIONAL BANKRUPTCY SERVICES  LLC
PHILADELPHIA   PA 19170-0001            MONROE LA 71203-4774                   PO BOX 9013
                                                                               ADDISON   TEXAS 75001-9013




JEFFREY M SISKIND                       JEFFREY M SISKIND  PLLC                JOSEPH KARAM
3465 SANTA BARBARA DRIVE                3465 SANTA BARBARA DR                  785 8TH COURT  UNIT 8
WELLINGTON   FL 33414-7269              WELLINGTON   FL 33414-7269             VERO BEACH  FL 32962-1635




JUDITH SISKIND                          KELLY LANDERS                          OFFICE OF THE US TRUSTEE
3465 SANTA BARBARA DR                   C0 JEFFREY M SISKIND  ESQ              51 SW 1ST AVE
WELLINGTON FL 33414-7269                SISKIND  PLLC                          SUITE 1204
                                        3465 SANTA BARBARA DRIVE               MIAMI   FL 33130-1614
                                        WELLINGTON   FL 33414-7269


                                        EXCLUDE
PALM ISLES I CONDO ASSN                 (D)PALM ISLES I CONDOMINIUM ASSOCIATION RICHARD FAIRCHILD
CO JEREMY DICKER  ESQ                   INC                                    WHITEBOYD LAW  PA
SACHS SAX CAPLAN                        CO SACHS SAX CAPLAN   PL               1818 S AUSTRALIAN AVENUE  SUITE 406
6111 BROKEN SOUND PKWAY NW  STE 200     6111 BROKEN SOUND PKWY NW              WEST PALM BEACH  FL 33409-6447
BOCA RATON   FL 33487-3644              SUITE 200
                                        BOCA RATON   FL 33487-3644



US BANK                                 WELLS FARGO                            WHITEBOYD LAW  PA
KASS SHULER                             CHALRES W SCHARF  PRESIDENT            1818 S AUSTRALIAN AVENUE
1505 N FLORIDA AVE                      420 MONTGOMERY STREET                  SUITE 406
TAMPA  FL 33602-2654                    SAN FRANCISCO  CA 94104-1207           WEST PALM BEACH   FL 33409-6447




WILLIAM LAROQUE                         WILLIAM LAROCQUE                       BRIAN K MCMAHON ESQ
CO JEFFREY SISKIND                      CO SISKIND  PLLC                       1401 FORUM WAY  STE 730
3465 SANTA BARBARA DRIVE                3465 SANTA BARBARA DRIVE               WEST PALM BEACH   FL 33401-2322
WELLINGTON   FL 33414-7269              WELLINGTON   FL 33414-7269
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

```
DICK DWYER                       ETHAN MICHAEL BENDAVID                JEFFREY MARC SISKIND
CO JEFFREY M SISKIND  ESQ        CO LAW OFFICE OF MARK S ROHER  PA     3465 SANTA BARBARA DRIVE
SISKIND  PLLC                    1806 N FLAMINGO RD                    WELLINGTON  FL 33414-7269
3465 SANTA BARBARA DRIVE         STE 300
WELLINGTON  FL 33414-7269        PEMBROKE PINES  FL 33028-1032


                                 EXCLUDE
JOSEPH KARAM                     (D)JUDITH SISKIND                     KELLY LANDERS
CO JEFFREY M SISKIND  ESQ        3465 SANTA BARBARA DRIVE              CO JEFFREY SISKIND  ESQ
SISKIND PLLC                     WELLINGTON   FL 33414 7269            SISKIND  PLLC
3465 SANTA BARBARA DRIVE                                               3465 SANTA BARBARA DRIVE
WELLINGTON  FL 33414-7269                                              WELLINGTON  FL 33414-7269


                                 DEBTOR
RICHARD FAIRCHILD                ROBERT ALLEN GIBSON                   ROBIN R WEINER
PO BOX 5798                      2385 EXECUTIVE CIR DR                 ROBIN R WEINER  CHAPTER 13 TRUSTEE
LAKE WORTH  FL 33466-5798        SUITE 100                             POST OFFICE BOX 559007
                                 BOCA RATON  FL 33431-8510             FORT LAUDERDALE  FL 33355-9007


EXCLUDE
(D)WILLIAM LAROCQUE
CO SISKIND PLLC
3465 SANTA BARBARA DRIVE
WELLINGTON   FL 33414 7269
```