UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO. 23-16430-MAM

    ROBERT ALLEN GIBSON.,                             CHAPTER 13

    Debtor.
_____/

### NOTICE OF FILING NON-DISCHARGEABLE DEFAULT FINAL JUDGMENT

Creditor, Jeffrey M. Siskind, by and through undersigned counsel, files this copy of a Non-dischargeable Default Final Judgment rendered against the Debtor in this Court on September 21, 2006 in the amount of 42,284.56 plus interest at the statutory rate beginning on the date of the order.

**S I S K I N D , P L L C**

*/s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Filing was furnished on the 30th day of March, 2024, via CM/ECF to all persons authorized to receive electronic notices by CM/ECF and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices electronically.

*/s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746

**Case No. 24316430; Robert Allen Gibson**
**Service List (Updated 3-30-2024)|**

Palm Isles I Condominium Association, Inc.
c/o Sachs Sax Caplan, P.L.
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487-3644||

Sovereign Gaming & Entertainment, LLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

U.S. Bank National Association
c/o Diaz Anselmo & Associates, P.A
P.O. Box 19519
Fort Lauderdale, FL 33318-0519

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Dick Dwyer and Florida Investigators
c/o Siskind Legal PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Focus Financial Services
Attn: Bankruptcy
PO Box 1050
Boynton Beach, FL 33425-1050

Goldman Sachs Bank USA
Attn: Bankruptcy
Lockbox 6112
PO Box7247
Philadelphia, PA 19170-0001

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Joseph Karam
785 8th Court, Unit 8
Vero Beach, FL 32962-1635

Kelly Landers
c/o Jeffrey M Siskind, Esq
Siskind, PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Richard Fairchild
c/o White-Boyd Law, PA
1818 S. Australian Avenue, Suite 406
West Palm Beach, FL 33409-6447

Wells Fargo
Chalres W. Scharf, President
420 Montgomery Street
San Francisco, CA 94104-1207

William LaRoque
c/o Jeffrey Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Ethan Michael Bendavid
c/o Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Rd.|Ste 300
Pembroke Pines, FL 33028-1032||

Richard Fairchild
PO Box 5798
Lake Worth, FL 33466-5798

Robin R Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

ORDERED in the Southern District of Florida on September 20, 2006.





Steven H. Friedman, Judge
United States Bankruptcy Court



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br>ROBERT A. GIBSON,<br><br>    Debtor.<br>_____/ | CASE NO. 05-36640-BKC-SHF<br>CHAPTER 7 |
| WACHOVIA BANK, N.A.<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. GIBSON,<br><br>    Defendant.<br>_____/ | Adv. Pro. No. 06-01103-SHF |

### DEFAULT FINAL JUDGMENT

THIS MATTER CAME before the Court as a result of the Affidavit of Victor R. Berwin, Esq., in Support of Default Final Judgment, submitted in accordance with the Court's Order Continuing Pretrial Conference of September 11, 2006. Accordingly, it is hereby

WPB:269452:1

ORDERED and ADJUGED as follows:

1. The pleadings of the defendant/debtor, Robert A. Gibson, are hereby stricken for his failure to comply with the Court's order to Mr. Gibson at the Continued Pretrial Conference on September 5, 2006, and set forth in the Court's Order Continuing Pretrial Conference, regarding his obligation to provide answers to plaintiff Wachovia Bank, N.A.'s written discovery on or before September 15, 2006.

2. A Default Final Judgment is hereby entered against the defendant/debtor, Robert A. Gibson, and in favor of the plaintiff, Wachovia Bank, N.A., on its Complaint Objecting to Dischargeability of Debt. Accordingly, Robert A. Gibson is denied the dischargeability of his debt owed to Wachovia in the amount of $42,284.56 plus interest at the statutory rate from September 26, 2005.

###

Plaintiff's counsel is directed to mail a copy of this Default Final Judgment, immediately upon receipt, to the following parties:

Robert A. Gibson, 1801 South Federal Highway, Suite 245-C, Delray Beach, Florida 33483

Robert A. Gibson, 1711 Latham Road, West Palm Beach, Florida 33409

Patricia A. Dzikowski, Trustee, 1601 Sawgrass Corporate Parkway #120, Fort Lauderdale, Florida 33323

The Office of the U.S. Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, Florida 33130

Victor R. Berwin, Esq.
Ruden, McClosky, Smith, Schuster & Russell, P.A.
222 Lakeview Avenue
Suite 800
West Palm Beach, Florida 33401
(561) 838-4543
(561) 514-3443
victor.berwin@ruden.com