UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

    ROBERT ALLEN GIBSON,                                Case No. 23-16430-MAM
    a/k/a ROBERT A. GIBSON,                               Chapter 13

        Debtor.
_____/

**EMERGENCY VERIFIED MOTION TO LIMIT
DEBTOR'S AUTOMATIC STAY PROTECTION**

*Nature of Emergency: Debtor's Unsubstantiated "Unpaid Wages, Withholding and FICA" Claim and other Purportedly Assigned Claims in Movant's Bankruptcy Case will Impede Plan Confirmation unless Finally Resolved Prior to Confirmation.*

COMES NOW, Jeffrey M. Siskind ("Movant"), by and through undersigned counsel, and files this Emergency Motion to Limit Debtor's Automatic Stay Protection, and states:

1. Movant filed a Petition for Relief pursuant to Chapter 13 in the Central District of California on March 18, 2024.

2. Debtor filed a voluntary petition on August 15, 2023, and subsequently filed a Suggestion of Bankruptcy in Movant's bankruptcy case on October 10, 2023.

3. Debtor filed three claims in Movant's Chapter 13 case; Claim no. 8 in the amount of $403,000 based upon an assignment, Claim No. 9 in the amount of $25,000 based upon another assignment, and Claim No. 10 in an unstated amount based upon "Unpaid wages, Withholding and FICA as Employee."

4. Debtor worked for Movant as an independent contractor until early 2017. His paralegal services company d/b/a Intelexigent, Unltd., was paid $1,250 per week for his part-time services and the part time services of his long-time associate, Patricia Barron.

5. Claim no. 10, attached hereto as "Exhibit A," is a barebones filing, bereft of any support whatsoever.

6. Claims 8 and 9 were adjudicated in Movant's favor because Debtor both failed to respond to Movant's objections and/or appear at the hearing on the objections that was conducted on September 18, 2023, but Debtor filed for bankruptcy protection in these Southern District of Florida before the California bankruptcy court rendered orders disposing of those two claims.

7. A hearing scheduled today on Movant's Verified Renewed Objection to Proof of Claim No. 10 was continued from March 18, 2024 to May 13, 2024 to permit Movant to obtain an Order from this Court determining that the Debtor's protection of the automatic stay does not provide Debtor with stay protection when it pursues claims in a foreign jurisdiction.

WHEREFORE, Movant requests that the Court limit the Debtor's stay protection to all matters not inclusive of Debtor's claims in Movant's bankruptcy case, and for such other and further relief as appropriate.

**S I S K I N D ,   P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
1629 K Street NW, Suite 300  Washington, DC  20006
100 Harborview Drive, Third Floor  Baltimore, MD 21230
113 N. Monroe Street, 1st Floor  Tallahassee, Florida  32301
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
**Attorney's Personal Email:  jeffsiskind@msn.com**

## **VERIFICATION**

I HEREBY CERTIFY that the facts contained above are true and correct to the best of my knowledge and belief.

_____/s/ Jeffrey M. Siskind_____

Jeffrey M. Siskind, Esq.   FBN 138746

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Emergency Motion was served on March 31, 2024 upon Debtor's counsel, the Chapter 13 Trustee, the Office of the United States Trustee and all other creditors and interested parties on the attached mailing matrix by CM/ECF or U.S. Mail on March 31, 2024.

      */s/ Jeffrey M. Siskind*  
Jeffrey M. Siskind, Esq.   FBN 138746

**<u>Service List (Updated 3-30-2024)</u>**

Palm Isles I Condominium Association, Inc.
c/o Sachs Sax Caplan, P.L.
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487-3644‖

Sovereign Gaming & Entertainment, LLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

U.S. Bank National Association
c/o Diaz Anselmo & Associates, P.A
P.O. Box 19519
Fort Lauderdale, FL 33318-0519

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Dick Dwyer and Florida Investigators
c/o Siskind Legal PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Focus Financial Services
Attn: Bankruptcy
PO Box 1050
Boynton Beach, FL 33425-1050

Goldman Sachs Bank USA
Attn: Bankruptcy
Lockbox 6112
PO Box7247
Philadelphia, PA 19170-0001

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Joseph Karam
785 8th Court, Unit 8
Vero Beach, FL 32962-1635

Kelly Landers
c/o Jeffrey M Siskind, Esq
Siskind, PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Richard Fairchild
c/o White-Boyd Law, PA
1818 S. Australian Avenue, Suite 406
West Palm Beach, FL 33409-6447

Wells Fargo
Chalres W. Scharf, President
420 Montgomery Street
San Francisco, CA 94104-1207

William LaRoque
c/o Jeffrey Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Ethan Michael Bendavid
c/o Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Rd.|Ste 300
Pembroke Pines, FL 33028-1032||

Richard Fairchild
PO Box 5798
Lake Worth, FL 33466-5798

Robin R Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

# EXHIBIT A

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 Jeffrey Siskind | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court   Central District of California | |
| Case number: 23-11720 | |

FILED
U.S. Bankruptcy Court
Central District of California
6/1/2023
Kathleen J. Campbell, Clerk

Official Form 410
## Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Robert Gibson
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor
Intelexigent, Unltd.

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Robert Gibson
Name
2385 NW Executive Center Dr. Ste 100
Boca Raton, FL 33431-8510

Contact phone  5618682100
Contact email  intelexigent@gmail.com

Where should payments to the creditor be sent? (if different)
Name
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                           page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed | | |
|---|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | | |
| 7. How much is the claim? | $ 0.00 | Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Unpaid Wages, Withholding and FICA as Employee | | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable | | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | | |

Official Form 410                    Proof of Claim                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:
☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   6/1/2023
MM / DD / YYYY

/s/ Robert Allen Gibson
Signature

Print the name of the person who is completing and signing this claim:

Name: Robert Allen Gibson
First name   Middle name   Last name

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 2385 NW Executive Circle Dr.. Ste. 100
Number   Street
Boca Raton, FL 33431-8510
City   State   ZIP Code

Contact phone: (561) 868-2100   Email: intelexigent@gmail.com