UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Robert Allen Gibson,

Debtor.
_____/

Case No.: 23-16430-MAM
Chapter 13

**CERTIFICATE OF SERVICE**

Jeffrey M. Siskind hereby files this Certificate of Service to certify that the Notice of Hearing (ECF 114) was served by CM/ECF upon Defendant's counsel, the Chapter 13 Trustee, the Office of the U.S. Trustee and all creditors registered thereon on this 2nd day of April, 2024. Appropriate creditors not so registered were served by U.S. Mail.

**S I S K I N D , P L L C**

*/s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Certificate of Service was furnished on the 2nd day of April, 2024, via CM/ECF to all parties shown on the attached Service List.

*/s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746

**Case No. 24-16430; Robert Allen Gibson**
**Service List (Updated 3-30-2024)|**

Palm Isles I Condominium Association, Inc.
c/o Sachs Sax Caplan, P.L.
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487-3644||

Sovereign Gaming & Entertainment, LLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

U.S. Bank National Association
c/o Diaz Anselmo & Associates, P.A
P.O. Box 19519
Fort Lauderdale, FL 33318-0519

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Dick Dwyer and Florida Investigators
c/o Siskind Legal PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Focus Financial Services
Attn: Bankruptcy
PO Box 1050
Boynton Beach, FL 33425-1050

Goldman Sachs Bank USA
Attn: Bankruptcy
Lockbox 6112
PO Box7247
Philadelphia, PA 19170-0001

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Joseph Karam
785 8th Court, Unit 8
Vero Beach, FL 32962-1635

Kelly Landers
c/o Jeffrey M Siskind, Esq
Siskind, PLLC
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Richard Fairchild
c/o White-Boyd Law, PA
1818 S. Australian Avenue, Suite 406
West Palm Beach, FL 33409-6447

Wells Fargo
Chalres W. Scharf, President
420 Montgomery Street
San Francisco, CA 94104-1207

William LaRoque
c/o Jeffrey Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

Ethan Michael Bendavid
c/o Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Rd.|Ste 300
Pembroke Pines, FL 33028-1032||

Richard Fairchild
PO Box 5798
Lake Worth, FL 33466-5798

Robin R Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007