

**ORDERED in the Southern District of Florida on April 4, 2024.**

Mindy A. Mora, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ROBERT A GIBSON,

Case No. 23-16430-MAM
Chapter 13

Debtor.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR**

This Matter came to be heard before the Court on the consent portion of the chapter 13 calendar on March 7, 2024, for consideration of Creditor, Palm Isles I Condominium Association, Inc.'s Motion to Withdraw as Counsel for Creditor (ECF Document No. 102). Debtor and Creditor were represented by Counsel at the hearing. The Court having reviewed the motion, having heard argument from the parties and being otherwise apprised in the premises, it is hereby:

**ORDERED:**

1. The Motion to Withdraw as Counsel for Creditor, Palm Isles I Condominium Association, Inc., is **GRANTED**.

2. Daniel Weber, Esq., of the law firm of Sachs Sax Caplan, P.L. shall have no further responsibility for Creditor, Palm Isles I Condominium Association, Inc.

3. The Parties in this matter should serve all future correspondence and pleadings on Creditor at the following address: **Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437**.

Copies furnished to:

Daniel Weber, Esq.
Sachs Sax Caplan, P.L.
6111 Broken Sound Pkwy NW, Suite 200
Boca Raton, FL33487
Service Email: dweber@ssclawfirm.com

who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.