United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 23-16430-MAM |
| Robert Allen Gibson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 05, 2024 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Palm Isles I Condominium Association, Inc.,, 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97047640 | + Palm Isles I Condo Assn, c/o Jeremy Dicker, Esq, Sachs Sax Caplan, 6111 Broken Sound Pkway NW, Ste 200, Boca Raton, FL 33487-3644 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K. McMahon, Esq. | on behalf of Defendant Robert Gibson briankmcmahon@gmail.com  irizarryelise1@gmail.com |
| Brian K. McMahon, Esq. | on behalf of Debtor Robert Allen Gibson briankmcmahon@gmail.com  irizarryelise1@gmail.com |
| Daniel A Weber | on behalf of Creditor Palm Isles I Condominium Association  Inc. dweber@ssclawfirm.com, smurguia@ssclawfirm.com |
| Ida Moghimi Kian | on behalf of Creditor U.S. Bank National Association southerndistrict@shdlegalgroup.com |
| Jeffrey M Siskind | on behalf of Interested Party Sovereign Gaming & Entertainment  LLC jeffsiskind@msn.com, jmsesq500@gmail.com |
| Jeffrey M Siskind | |

District/off: 113C-9 | User: admin | Page 2 of 2
Date Rcvd: Apr 05, 2024 | Form ID: pdf004 | Total Noticed: 2

| | |
|---|---|
| | on behalf of Plaintiff Dick Dwyer jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Interested Party Judith Siskind jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Plaintiff Kelly Landers jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Plaintiff Joseph Karam jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Creditor Jeffrey Marc Siskind jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Interested Party William Larocque jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Creditor Kelly Landers jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Creditor Joseph Karam jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | |
| | on behalf of Creditor Dick Dwyer jeffsiskind@msn.com jmsesq500@gmail.com |
| Mark S. Roher, Esq. | |
| | on behalf of Interested Party Ethan Michael Bendavid mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Nadine V. White-Boyd | |
| | on behalf of Creditor Richard Fairchild nadine@wblawpa.com nvwboyd@aol.com |
| Office of the US Trustee | |
| | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | |
| | ecf@ch13weiner.com ecf2@ch13weiner.com |

TOTAL: 18



**ORDERED in the Southern District of Florida on April 4, 2024.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

ROBERT A GIBSON,

                Debtor.
_____/

Case No. 23-16430-MAM
Chapter 13

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR**

This Matter came to be heard before the Court on the consent portion of the chapter 13 calendar on March 7, 2024, for consideration of Creditor, Palm Isles I Condominium Association, Inc.'s Motion to Withdraw as Counsel for Creditor (ECF Document No. 102). Debtor and Creditor were represented by Counsel at the hearing. The Court having reviewed the motion, having heard argument from the parties and being otherwise apprised in the premises, it is hereby:

**ORDERED:**

1. The Motion to Withdraw as Counsel for Creditor, Palm Isles I Condominium Association, Inc., is **GRANTED**.

2. Daniel Weber, Esq., of the law firm of Sachs Sax Caplan, P.L. shall have no further responsibility for Creditor, Palm Isles I Condominium Association, Inc.

3. The Parties in this matter should serve all future correspondence and pleadings on Creditor at the following address: **Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437**.

Copies furnished to:

Daniel Weber, Esq.
Sachs Sax Caplan, P.L.
6111 Broken Sound Pkwy NW, Suite 200
Boca Raton, FL33487
Service Email: dweber@ssclawfirm.com

who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.