UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Robert Allen Gibson,

Debtor.

Case No.: 23-16430-MAM
Chapter 13

_____/

### CERTIFICATE OF SERVICE

Jeffrey M. Siskind hereby files this Certificate of Service to certify that the Notice of Hearing (ECF 119) was served by CM/ECF upon Defendant's counsel, the Chapter 13 Trustee, the Office of the U.S. Trustee and all creditors registered thereon on this 15th day of April, 2024.

**S I S K I N D ,  P L L C**

_/s/ Jeffrey M. Siskind_

Jeffrey M. Siskind, Esq.   FBN 138746

3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581

Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com