UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

In Re:  
      ROBERT A. GIBSON  
      Debtor.  
_____/

Case No. 23-16430-MAM  
Chapter 13

## RESPONSE TO AMENDED VERIFIED MOTION TO LIMIT DEBTOR'S AUTOMATIC STAY PROTECTION

COMES NOW Debtor, Robert A. Gibson, by and through undersigned counsel and files this Response to Amended Verified Motion to Limit Debtor's Automatic Stay Protection (ECF #123), and states:

1. On August 15, 2023, Gibson filed the instant case.

2. The Movant, Jeffrey Siskind, filed his individual bankruptcy in the Central District of California on March 23, 2023.

3. Gibson filed three proofs of claim in Siskind's bankruptcy case.

4. On August 7, 2023, Siskind filed objections to Gibson's claims. A hearing on those objections was heard on September 18, 2023. (A copy of the docket on Siskind's case is attached hereto.)

5. Because Gibson filed bankruptcy on August 15, 2023, the hearings on the objections to claim should not have been heard.

6. On September 7, 2023, this Court had determined that no actions, either by or against Gibson should go forward.

7. Nonetheless the hearing on September 18, 2023 went forward and on October 2, 2023, the Court entered a Notice of Lodgment on Claims 8 and 9 filed by Gibson.

8. On October 10, 2023, Siskind re-filed his objection to claim number 10 filed by Gibson.

9. The California court will not proceed with the objection to claim number 10 without authority from this Court for Siskind to proceed with the objection.

10. Not only should Siskind be prohibited from pursuing the objection to claim number 10, but orders on claims 8 and 9 seem to have been improperly prosecuted.

11. On September 7, 2023, Siskind was well aware of this Court's position that no actions should be brought against Gibson without relief from stay.

12. Nonetheless, Siskind proceeded with the objection to Gibson's claim.

13. Siskind's actions have affected property of Gibson's bankruptcy estate without first obtaining relief to proceed.

14. Siskind's motion should be denied and he should be directed to take efforts to vacate the California court's orders sustaining his objections to Gibson's claims 8 and 9.

I HEREBY CERTIFY that a copy of the foregoing was electronically provided to Jeffrey Siskind, Esq. jeffsiskind@msn.com this 26th day of April, 2024.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)296-3965
Fax (561)478-3111
briankmcmahon@gmail.com

s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:23-bk-11720-VZ

*Assigned to:* Vincent P. Zurzolo
Chapter 13
Voluntary
Asset

*Date filed:* 03/23/2023
*341 meeting:* 05/04/2023
*Deadline for filing claims:* 06/01/2023
*Deadline for filing claims (govt.):* 09/19/2023

*Debtor*
**Jeffrey Marc Siskind**
3465 Santa Barbara Dr
Wellington, FL 33414
LOS ANGELES-CA
561-352-9166
SSN / ITIN: xxx-xx-3282

represented by **Jeffrey Marc Siskind**
PRO SE

*Trustee*
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 03/23/2023 | [1](#)<br>(62 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Jeffrey Marc Siskind Chapter 13 Plan (LBR F3015-1) due by 4/6/2023. Incomplete Filings due by 4/6/2023. (JA) Additional attachment(s) added on 3/23/2023 (JA). (Entered: 03/23/2023) |
| 03/23/2023 | [2](#)<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 5/4/2023 at 10:00 AM at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on 5/13/2024 at |

| | | |
|---|---|---|
| | | 10:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proofs of Claims due by 6/1/2023. (JA) (Entered: 03/23/2023) |
| 03/23/2023 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jeffrey Marc Siskind . (JA) (Entered: 03/23/2023) |
| 03/23/2023 | [4](#) (1 pg) | Certificate of Credit Counseling Filed by Debtor Jeffrey Marc Siskind . (JA) (Entered: 03/23/2023) |
| 03/23/2023 | [5](#) (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jeffrey Marc Siskind . (JA) (Entered: 03/23/2023) |
| 03/23/2023 | 6 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jeffrey Marc Siskind . (JA) (Entered: 03/23/2023) |
| 03/24/2023 | | Notice of Debtor's Prior Filings for debtor Jeffrey Marc Siskind Case Number [13-13096](#), Chapter 11 filed in Florida Southern Bankruptcy Court on 02/11/2013 , Dismissed for Other Reason on 04/25/2018.(Admin) (Entered: 03/24/2023) |
| 03/24/2023 | | Receipt of Chapter 13 Filing Fee - $313.00 by 01. Receipt Number 20247252. (admin) (Entered: 03/24/2023) |
| 03/25/2023 | [7](#) (5 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 3. Notice Date 03/25/2023. (Admin.) (Entered: 03/25/2023) |
| 03/25/2023 | [8](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Jeffrey Marc Siskind) No. of Notices: 0. Notice Date 03/25/2023. (Admin.) (Entered: 03/25/2023) |
| 03/27/2023 | [9](#) (1 pg) | Notice of Change of Address (EDB); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 03/28/2023) |
| 03/29/2023 | [10](#) (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Phillips, JaVonne. (Phillips, JaVonne) (Entered: 03/29/2023) |
| 04/02/2023 | 14 | Debtor's Request to Activate Electronic Noticing (DeBN); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 04/04/2023) |
| 04/03/2023 | [11](#) (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service*. (Curry (TR), Nancy) (Entered: 04/03/2023) |
| 04/03/2023 | [12](#) (4 pgs) | Notice *of §341(a) Meeting of Creditors AMENDED, with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 04/03/2023) |
| 04/03/2023 | 13 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER IS INSTRUCTED TO WITHDRAWAL AND RE-FILE THE DOCUMENT IN THE CORRECT CASE IMMEDIATELY.** (RE: related document(s)[12](#) Notice filed by Trustee Nancy K Curry (TR)) (TJ) (Entered: 04/03/2023) |

| | | |
|---|---|---|
| 04/04/2023 | 15<br>(2 pgs) | Withdrawal re: *Notice of §341(a) Meeting of Creditors AMENDED, with proof of service* Filed by Trustee Nancy K Curry (TR) (RE: related document(s)12 Notice). (Curry (TR), Nancy) (Entered: 04/04/2023) |
| 04/04/2023 | 16<br>(4 pgs) | Notice *of §341(a) Meeting of Creditors AMENDED, with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 04/04/2023) |
| 04/06/2023 | 17<br>(15 pgs) | Chapter 13 Plan (LBR F3015-1). Filed by Debtor Jeffrey Marc Siskind [EDB] (RE: related document(s)1 Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Jeffrey Marc Siskind Chapter 13 Plan (LBR F3015-1) due by 4/6/2023. Incomplete Filings due by 4/6/2023. (JA) Additional attachment(s) added on 3/23/2023 (JA).). (SC2) . (Entered: 04/06/2023) |
| 04/18/2023 | 18<br>(1 pg) | Request for special notice Filed by Creditor Ally Bank, c/o AIS Portfolio Services, LLC. (Rawal, Arvind) (Entered: 04/18/2023) |
| 04/18/2023 | 19<br>(4 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years , Disposable Income Is Not Determined (Official Form 122C-1) Filed by Debtor Jeffrey Marc Siskind [EDB] . (SC2) (Entered: 04/19/2023) |
| 04/18/2023 | 20<br>(5 pgs) | Certificate of Service Filed by Debtor Jeffrey Marc Siskind [EDB] (RE: related document(s)16 Notice). (SC2) (Entered: 04/20/2023) |
| 04/20/2023 | 21<br>(38 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F)(Fee) , Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) (EDB Filing 4/20/23) Filed by Debtor Jeffrey Marc Siskind . (SM2) (Entered: 04/21/2023) |
| 04/24/2023 | | Receipt of Amendment Filing Fee - $32.00 by 20. Receipt Number 20247437. (admin) (Entered: 04/24/2023) |
| 04/24/2023 | 22<br>(4 pgs) | Amendment to List of Creditors. Fee Amount $32 Filed by Debtor Jeffrey Marc Siskind . (SC2) (Entered: 04/25/2023) |
| 04/27/2023 | 23<br>(64 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Creditor Select Portfolio Servicing, Inc. (RE: related document(s)17 Chapter 13 Plan (LBR F3015-1). Filed by Debtor Jeffrey Marc Siskind [EDB] (RE: related document(s)1 Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Jeffrey Marc Siskind Chapter 13 Plan (LBR F3015-1) due by 4/6/2023. Incomplete Filings due by 4/6/2023. (JA) Additional attachment(s) added on 3/23/2023 (JA).). (SC2).). (Attachments: # 1 Exhibits)(Phillips, JaVonne) (Entered: 04/27/2023) |
| 05/05/2023 | 24<br>(5 pgs) | Objection to Confirmation of Chapter 13 Plan *with Proof of Service.* (Curry (TR), Nancy) (Entered: 05/05/2023) |

| | | |
|---|---|---|
| 05/10/2023 | [25](#)<br>(66 pgs; 3 docs) | Objection to Confirmation of Plan Filed by Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5, (RE: related document(s)[17](#) Chapter 13 Plan (LBR F3015-1). Filed by Debtor Jeffrey Marc Siskind [EDB] (RE: related document(s)[1](#) Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Jeffrey Marc Siskind Chapter 13 Plan (LBR F3015-1) due by 4/6/2023. Incomplete Filings due by 4/6/2023. (JA) Additional attachment(s) added on 3/23/2023 (JA).). (SC2).). (Attachments: # [1](#) Declaration # [2](#) Exhibits)(Phillips, JaVonne) (Entered: 05/10/2023) |
| 05/23/2023 | [26](#)<br>(11 pgs) | Objection to Debtor's Claim of Exemptions : *Notice of Objection and Objection to Debtor's Claim of Exemption; Memorandum of Points and Authorities; Declaration in Support Thereof with Proof of Service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 05/23/2023) |
| 05/23/2023 | | Hearing Set (RE: related document(s) [26](#) Objection to Debtor's Claim of Exemptions filed by Nancy K Curry (TR)) Hearing to be held on 07/17/2023 at 11:30 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012. The hearing judge is Vincent Zurzolo (TJ) (Entered: 05/23/2023) |
| 05/31/2023 | [27](#)<br>(2 pgs) | Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Jeffrey Marc Siskind . (PP); EDB Modified on 6/1/2023 (PP). (Entered: 06/01/2023) |
| 05/31/2023 | [28](#)<br>(1 pg) | Notice of Filing Amended Schedule C and Additional Address for Creditor - EDB Filed by Debtor Jeffrey Marc Siskind (RE: related document(s)[27](#) Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Jeffrey Marc Siskind . (PP); EDB Modified on 6/1/2023 (PP).). (PP) (Entered: 06/01/2023) |
| 06/20/2023 | [29](#)<br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AUTU) (Entered: 06/20/2023) |
| 06/23/2023 | [30](#)<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)[29](#) Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 06/23/2023. (Admin.) (Entered: 06/23/2023) |
| 07/03/2023 | [31](#)<br>(5 pgs) | Document/Response to the Ch. 13 Trustee's obj to debtor's original Schedule C Filed by Debtor Jeffrey Marc Siskind (EDB) (RE: related document(s)[27](#) Schedule C: The Property You Claimed as Exempt (Official Form 106C) filed by Debtor Jeffrey Marc Siskind) (WT) Modified on 7/7/2023 (WT). (Entered: 07/03/2023) |
| 07/04/2023 | [32](#)<br>(1 pg) | Certification About a Financial Management Course for Debtor 1 (Official Form 423)(EDB - CERTIFICATE ONLY); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 07/05/2023) |
| 07/05/2023 | [33](#)<br>(3 pgs) | Deficiency Notice RE: Debtor's Certification About a Financial Management Course (Official Form 423) Under Bankruptcy Rule Sec. 1007(b)(7) and (c). (BNC) . (RE: related document(s)[32](#) Certification About a Financial Management Course for Debtor 1 (Official Form 423) filed by Debtor Jeffrey Marc Siskind) (SM) (Entered: 07/05/2023) |

| | | |
|---|---|---|
| 07/07/2023 | [34](#) (5 pgs) | BNC Certificate of Notice (RE: related document(s)33 Notice RE: Deficient Debtor's Certification About a Financial Management Course (BNC)) No. of Notices: 1. Notice Date 07/07/2023. (Admin.) (Entered: 07/07/2023) |
| 07/11/2023 | [35](#) (1 pg) | Certification About a Financial Management Course for Debtor 1 (Official Form 423)(EDB); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 07/11/2023) |
| 07/11/2023 | 36 | Notice to Filer of Error and/or Deficient Document **Document filed without holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)35 Certification About a Financial Management Course for Debtor 1 (Official Form 423) filed by Debtor Jeffrey Marc Siskind) (SC2) (Entered: 07/11/2023) |
| 07/11/2023 | [37](#) (77 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 3465 Santa Barbara Dr, Wellington, FL 33414 . Fee Amount $188, Filed by Creditor Select Portfolio Servicing, Inc. (Attachments: # [1](#) Exhibits) (Phillips, JaVonne) CORRECTION: Incorrect movant selected Select Portfolio Servicing. The correct movant should reflect: U.S. Bank National Association. Modified on 8/14/2023 (TJ). (Entered: 07/11/2023) |
| 07/11/2023 | [38](#) (1 pg) | Certification About a Financial Management Course for Debtor 1 (Official Form 423)(EDB); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 07/11/2023) |
| 07/11/2023 | | Receipt of Motion for Relief from Stay - Real Property( [2:23-bk-11720-VZ](#)) [motion,nmrp] ( 188.00) Filing Fee. Receipt number A55676102. Fee amount 188.00. (re: Doc# [37](#)) (U.S. Treasury) (Entered: 07/11/2023) |
| 07/11/2023 | 39 | Hearing Set (RE: related document(s)37 Motion for Relief from Stay - Real Property filed by Creditor Select Portfolio Servicing, Inc.) The Hearing date is set for 8/15/2023 at 10:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 07/11/2023) |
| 07/12/2023 | [40](#) (2 pgs) | Withdrawal re: *Voluntary Dismissal of Objection to Debtor's Claim of Exemption with Proof of Service* Filed by Trustee Nancy K Curry (TR) (RE: related document(s)26 Objection to Debtor's Claim of Exemptions). (Curry (TR), Nancy) (Entered: 07/12/2023) |
| 07/26/2023 | [41](#) (1 pg) | Certification About a Financial Management Course for Debtor 1 (Official Form 423)(EDB); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 07/26/2023) |
| 07/30/2023 | [42](#) (1 pg) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) [EDB] Filed by Debtor Jeffrey Marc Siskind . (SC2) (Entered: 07/31/2023) |
| 07/30/2023 | [43](#) (5 pgs) | (Amended) Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years , Disposable Income Is Not Determined (Official Form 122C-1) [EDB] Filed by Debtor Jeffrey Marc Siskind . (SC2) (Entered: 07/31/2023) |

| | | |
|---|---|---|
| 08/02/2023 | [44](#) (5 pgs) | Declaration re: Filing of tax returns and payment of domestic support obligations; Filed by Debtor Jeffrey Marc Siskind (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13))[EDB]). (TJ) (Entered: 08/04/2023) |
| 08/05/2023 | [46](#) (2 pgs) | Notice of filing statement of compliance with the business reporting requirements of LBR 3015-1(c)(4); [EDB] Filed by Debtor Jeffrey Marc Siskind . (TJ) (Entered: 08/10/2023) |
| 08/06/2023 | [45](#) (4 pgs) | Amended Schedule J: Your Expenses (Official Form 106J)(EDB); filed by Debtor Jeffrey Marc Siskind . (SM) (Entered: 08/07/2023) |
| 08/07/2023 | [47](#) (6 pgs) | Motion RE: Objection to Claim Number 1 by Claimant U.S. Bank N.A.; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023) |
| 08/07/2023 | [48](#) (6 pgs) | Motion RE: Objection to Claim Number 5 by Claimant Ally Bank; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023) |
| 08/07/2023 | [49](#) (6 pgs) | Motion RE: Objection to Claim Number 6 by Claimant Christopher George. Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023) |
| 08/07/2023 | [50](#) (6 pgs) | Motion RE: Objection to Claim Number 7 by Claimant Alliant Capital Management. Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023) |
| 08/07/2023 | [51](#) (13 pgs) | ==Motion RE: Objection to Claim Number 8 by Claimant Robert Gibson. Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023)== |
| 08/07/2023 | [52](#) (13 pgs) | ==Motion RE: Objection to Claim Number 9 by Claimant Robert Gibson; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023)== |
| 08/07/2023 | [53](#) (6 pgs) | ==Motion RE: Objection to Claim Number 10 by Claimant Robert Gibson; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ) (Entered: 08/10/2023)== |
| 08/10/2023 | 54 | Hearing Set (RE: related document(s)[47](#) Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set for 9/18/2023 at 11:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |
| 08/10/2023 | 55 | Hearing Set (RE: related document(s)[48](#) Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set ==for 9/18/2023 at 11:30 AM== at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |
| 08/10/2023 | 56 | Hearing Set (RE: related document(s)[49](#) Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set ==for 9/18/2023 at 11:30 AM== at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |
| 08/10/2023 | 57 | Hearing Set (RE: related document(s)[50](#) Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set ==for 9/18/2023 at 11:30 AM== at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |

| | | |
|---|---|---|
| 08/10/2023 | 58 | Hearing Set (RE: related document(s)51 Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set for 9/18/2023 at 11:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |
| 08/10/2023 | 59 | Hearing Set (RE: related document(s)51 Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set for 9/18/2023 at 11:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) CORRECTION: ENTERED DUE TO CLERICAL ERROR. REFER TO #58. (Entered: 08/10/2023) |
| 08/10/2023 | 60 | Hearing Set (RE: related document(s)52 Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set for 9/18/2023 at 11:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |
| 08/10/2023 | 61 | Hearing Set (RE: related document(s)53 Motion RE: Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set for 9/18/2023 at 11:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 08/10/2023) |
| 08/10/2023 | 62 (6 pgs) | Notice of Debtor's consent to U.S. Bank N.A. obtaining in rem relief from stay; Filed by Debtor Jeffrey Marc Siskind (RE: related document(s)37 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 3465 Santa Barbara Dr, Wellington, FL 33414 . Fee Amount $188, Filed by Creditor Select Portfolio Servicing, Inc. (Attachments: # 1 Exhibits)).[EDB] (TJ) (Entered: 08/11/2023) |
| 08/17/2023 | 63 (4 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 37 ) Signed on 8/17/2023 (SC2) (Entered: 08/17/2023) |
| 08/19/2023 | 64 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)63 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 08/19/2023. (Admin.) (Entered: 08/19/2023) |
| 09/01/2023 | 65 (18 pgs; 2 docs) | Response to (related document(s): 50 Motion RE: Objection to Claim Number 7 by Claimant Alliant Capital Management. filed by Debtor Jeffrey Marc Siskind) Filed by Creditor Alliant Capital Management - HDH (Attachments: # 1 Exhibit Filed Amended POC with Media) (Castle, Caren) (Entered: 09/01/2023) |
| 09/01/2023 | 66 (13 pgs; 3 docs) | Response to (related document(s): 48 Motion RE: Objection to Claim Number 5 by Claimant Ally Bank with request for valuation of security, payment of fully secured claims, and modification of undersecured claims.. filed by Debtor Jeffrey Marc Siskind) Filed by Creditor Ally Bank (Attachments: # 1 Proof of Service # 2 Exhibit) (Skigin, Cheryl) (Entered: 09/01/2023) |
| 09/01/2023 | 67 | Notice to Filer of Correction Made/No Action Required: **Other: CORRECTION: Incorrect formatting of case number on PDF. CORRECTION: Incorrect formatting of description of document on PDF - THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** |

| | | |
|---|---|---|
| | | (RE: related document(s)65 Response filed by Creditor Alliant Capital Management - HDH) (TJ) (Entered: 09/01/2023) |
| 09/01/2023 | 68 | Notice to Filer of Error and/or Deficient Document **Other: Document filed with interactive fields the Filer must \'flatten\' the PDF before re-uploading the document in CM/ECF. Please refer to instructions under the \'Forms\' section of the Court's website on how to \'flatten\' a PDF. Other: FILER REQUIRED TO IMMEDIATELY REFILE FLATTENED DOCUMENT.** - - (RE: related document(s)66 Response filed by Creditor Ally Bank) (TJ) (Entered: 09/01/2023) |
| 09/01/2023 | 69<br>(13 pgs; 3 docs) | Response to (related document(s): 48 Motion RE: Objection to Claim Number 5 by Claimant Ally Bank with request for valuation of security, payment of fully secured claims, and modification of undersecured claims.. filed by Debtor Jeffrey Marc Siskind) Filed by Creditor Ally Bank (Attachments: # 1 Proof of Service # 2 Exhibit) (Skigin, Cheryl) (Entered: 09/01/2023) |
| 09/07/2023 | 70<br>(3 pgs) | Stipulation By Alliant Capital Management - HDH and *the Debtor for continuance on Motion RE: Objection to Claim Number 7* Filed by Creditor Alliant Capital Management - HDH (Castle, Caren) (Entered: 09/07/2023) |
| 09/08/2023 | 71<br>(4 pgs) | Notice of lodgment *of Order Granting Stipulation for continuance of Hearing on Motion re: Objection to Claim #7* Filed by Creditor Alliant Capital Management - HDH (RE: related document(s)70 Stipulation By Alliant Capital Management - HDH and *the Debtor for continuance on Motion RE: Objection to Claim Number 7* Filed by Creditor Alliant Capital Management - HDH). (Castle, Caren) (Entered: 09/08/2023) |
| 09/14/2023 | 72<br>(1 pg) | Order Denying stipulation for continuance of hearing on motion re: Objection to Claim No. 7; ORDERED that the stipulation is NOT APPROVED "for additonal information refer to image" (BNC-PDF) (Related Doc # 70 ) Signed on 9/14/2023 (TJ) (Entered: 09/14/2023) |
| 09/16/2023 | 73<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)72 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/16/2023. (Admin.) (Entered: 09/16/2023) |
| 09/21/2023 | 74<br>(5 pgs) | Notice of lodgment *of Order in Bankruptcy Case Re: Objection to Claim No. 6 by Christopher George with Proof of Service* Filed by Trustee Nancy K Curry (TR) (RE: related document(s)49 Motion RE: Objection to Claim Number 6 by Claimant Christopher George. Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ)). (Curry (TR), Nancy) (Entered: 09/21/2023) |
| 09/21/2023 | 75<br>(5 pgs) | Notice of lodgment *of Order in Bankruptcy Case Re: Objection to Claim No. 10 by Robert Gibson with Proof of Service* Filed by Trustee Nancy K Curry (TR) (RE: related document(s)53 Motion RE: Objection to Claim Number 10 by Claimant Robert Gibson; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ)). (Curry (TR), Nancy) (Entered: 09/21/2023) |
| 09/26/2023 | 76<br>(6 pgs; 2 docs) | Notice of lodgment Filed by Creditor Ally Bank (RE: related document(s)48 Motion RE: Objection to Claim Number 5 by Claimant Ally Bank with request for valuation of security, payment of fully secured claims, and modification of undersecured claims..). (Attachments: # 1 Proposed Order) (Skigin, Cheryl) (Entered: 09/26/2023) |

| | | |
|---|---|---|
| 09/27/2023 | [77](#) (2 pgs) | Order Denying objection to Claim No. 6 by Christopher George; ORDRED that the objection is DENIED "for additional information refer to image" (BNC-PDF) (Related Doc # [49](#) ) Signed on 9/27/2023 (TJ) (Entered: 09/27/2023) |
| 09/27/2023 | [78](#) (2 pgs) | Order denying objection to Claim No. 10 by Rober Gibson; ORDERED that the objection is DENIED "for additional information refer to image" (BNC-PDF) (Related Doc # [53](#) ) Signed on 9/27/2023 (TJ) (Entered: 09/27/2023) |
| 09/29/2023 | [79](#) (2 pgs) | Order Denying Objection to Claim No. 5-1, 5-2 by Ally Bank; ORDERED that the objection is DENIED "for additional information refer to image" (BNC-PDF) (Related Doc # [48](#) ) Signed on 9/29/2023 (SM2) (Entered: 09/29/2023) |
| 09/29/2023 | [80](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[77](#) Order on Motion RE: Objection to Claim (BNC-PDF)) No. of Notices: 1. Notice Date 09/29/2023. (Admin.) (Entered: 09/29/2023) |
| 09/29/2023 | [81](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[78](#) Order on Motion RE: Objection to Claim (BNC-PDF)) No. of Notices: 1. Notice Date 09/29/2023. (Admin.) (Entered: 09/29/2023) |
| 10/01/2023 | [82](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[79](#) Order on Motion RE: Objection to Claim (BNC-PDF)) No. of Notices: 1. Notice Date 10/01/2023. (Admin.) (Entered: 10/01/2023) |
| 10/02/2023 | [83](#) (4 pgs) | ==Notice of lodgment; Filed by Debtor Jeffrey Marc Siskind (RE: related document(s)[51](#) Motion RE: Objection to Claim Number 8 by Claimant Robert Gibson. Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ)). [EDB] (TJ) (Entered: 10/03/2023)== |
| 10/02/2023 | [84](#) (4 pgs) | ==Notice of lodgment; Filed by Debtor Jeffrey Marc Siskind (RE: related document(s)[52](#) Motion RE: Objection to Claim Number 9 by Claimant Robert Gibson; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ)). [EDB] (TJ) (Entered: 10/03/2023)== |
| 10/05/2023 | [85](#) (4 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Objection to Claim Number 1 by Claimant U.S. Bank N.A. with Proof of Service* Filed by Trustee Nancy K Curry (TR) (RE: related document(s)[47](#) Motion RE: Objection to Claim Number 1 by Claimant U.S. Bank N.A.; Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ)). (Curry (TR), Nancy) (Entered: 10/05/2023) |
| 10/09/2023 | [86](#) (4 pgs) | Notice of lodgment Filed by Creditor Alliant Capital Management - HDH (RE: related document(s)[50](#) Motion RE: Objection to Claim Number 7 by Claimant Alliant Capital Management. Filed by Debtor Jeffrey Marc Siskind [EDB] (TJ)). (Castle, Caren) (Entered: 10/09/2023) |
| 10/10/2023 | [87](#) (2 pgs) | Order Dismissing Debtor's Objection to Proof of Claim No. 1 by U.S. Bank N.A. (BNC-PDF) (Related Doc # [47](#) ) Signed on 10/10/2023 (SC2) (Entered: 10/10/2023) |
| 10/10/2023 | 88 | Notice RE: Suggestion of Bankruptcy (From Florida Southern District) (BNC) (SC2) CORRECTION: Entered Due to Clerical Error. Modified on |

10/12/2023 (SC2). (Entered: 10/12/2023)

| Date | Doc # | Description |
|---|---|---|
| 10/10/2023 | 89 (2 pgs) | Notice RE: Suggestion of Bankruptcy (From Florida Southern District) Filed by Creditor Robert Gibson [EDB] . (SC2) (Entered: 10/12/2023) |
| 10/10/2023 | 90 (37 pgs) | Objection to Claim #6 by Claimant Christopher George. in the amount of $ $3,000,000.00 Filed by Debtor Jeffrey Marc Siskind [EDB]. (SC2). (Entered: 10/12/2023) |
| 10/10/2023 | 91 (16 pgs) | Objection to Claim #10 by Claimant Robert Allen Gibson. in the amount of $ $0.00 Filed by Debtor Jeffrey Marc Siskind [EDB]. (SC2) (Entered: 10/12/2023) |
| 10/12/2023 | | Hearing Set (RE: related document(s) 90 Objection to Claim filed by Jeffrey Marc Siskind) Hearing to be held on 11/13/2023 at 11:30 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012. The hearing judge is Vincent Zurzolo (TJ) (Entered: 10/12/2023) |
| 10/12/2023 | | Hearing Set (RE: related document(s)91 Objection to Claim filed by Jeffrey Marc Siskind) Hearing to be held on 11/13/2023 at 11:30 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012. The hearing judge is Vincent Zurzolo (TJ) Modified on 10/13/2023 (TJ). (Entered: 10/12/2023) |
| 10/12/2023 | 92 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)87 Order on Motion RE: Objection to Claim (BNC-PDF)) No. of Notices: 1. Notice Date 10/12/2023. (Admin.) (Entered: 10/12/2023) |
| 10/13/2023 | 93 (2 pgs) | Order Denying debtor's objection to claim number 7 (BNC-PDF) (Related Doc # 50 ) Signed on 10/13/2023 (LL) (Entered: 10/13/2023) |
| 10/15/2023 | 94 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)93 Order on Motion RE: Objection to Claim (BNC-PDF)) No. of Notices: 1. Notice Date 10/15/2023. (Admin.) (Entered: 10/15/2023) |
| 10/17/2023 | 95 (2 pgs) | Certificate of Service [Amended], suggestion of Bankruptcy (From Florida Southern District- [EDB] - Filed by Creditor Robert Gibson (RE: related document(s)89 Notice). (TJ) (Entered: 10/18/2023) |
| 11/15/2023 | 96 | Hearing Rescheduled/Continued (RE: related document(s)91 Objection to Claim filed by Debtor Jeffrey Marc Siskind) The Hearing date is set for 3/18/2024 at 11:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (TJ) (Entered: 11/15/2023) |
| 01/24/2024 | 97 (3 pgs) | Ex parte application/motion to schedule notice of hearing on verified renewed objection to proof of Claim No. 6 for March 18, 2024; [EDB] Filed by Debtor Jeffrey Marc Siskind (TJ) (Entered: 01/26/2024) |
| 02/09/2024 | 98 (1 pg) | Order Denying Ex Parte Application/Motion to Schedule Notice of Hearing on Verified Renewed Objection to Proof of Claim No. 6. IT IS ORDERED that the Application is DENIED as moot. (BNC-PDF) (Related Doc # 97 ) Signed on 2/9/2024 (SM2) (Entered: 02/09/2024) |
| 02/09/2024 | 99 (2 pgs) | Order on Objection to Claim #6 - Claim #6 is disallowed and request for damages is denied. (BNC-PDF) (Related Doc # 90 ) Signed on 2/9/2024 (NV) (Entered: |

| | | |
|---|---|---|
| | | 02/09/2024) |
| 02/11/2024 | [100](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[98](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/11/2024. (Admin.) (Entered: 02/11/2024) |
| 02/11/2024 | [101](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[99](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/11/2024. (Admin.) (Entered: 02/11/2024) |
| 03/18/2024 | 102 | Hearing Rescheduled/Continued [91](#) Objection to Claim #10 The Hearing date is set for 5/13/2024 at 11:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (NV) (Entered: 03/18/2024) |
| 03/18/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [91](#) OBJECTION TO CLAIM filed by Jeffrey Marc Siskind) Hearing to be held on 05/13/2024 at 11:00 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012 for [91](#) , (NV) (Entered: 03/18/2024) |
| 04/15/2024 | [103](#) (3 pgs) | Trustee's Motion to Dismiss Case *with Proof of Service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 04/15/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2024 10:43:29 | | | |
| **PACER Login:** | bkmcmahon | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-bk-11720-VZ Fil or Ent: filed From: 3/23/2023 To: 4/26/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |