UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: ROBERT GIBSON,                                    Case No.   23-16430-MAM
                                                         Chapter 13
    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL
## FOR THE DEBTOR

**COMES NOW,** Brian K. McMahon and Brian K. McMahon, P.A. and file this Motion to Withdraw as Counsel for the Debtor and state that irreconcilable differences have arisen between the Debtor and the undersigned.

WHEREFORE Brian K. McMahon and Brian K. McMahon, P.A. respectfully request that the Court allow them to withdraw as counsel for the Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 29, 2024 to Robert Gibson, intelexigent@gmail.com and 2385 Executive Center Dr. Suite 100 Boca Raton, FL 33431.

**BRIAN K. MCMAHON, P.A.**
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704

1