UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  Case No. 23-16430-MAM
Chapter 13

ROBERT GIBSON,

_____ Debtor_____/

### NOTICE OF CONTINUED HEARING ON APPLICATION FOR COMPENSATION [DE#107]

**YOU ARE HEREBY NOTIFIED** that the Application for Compensation (DE#197) has been continued to June 6, 2024 at 10:00A.M. at the United States Bankruptcy Court, Courtroom A, Suite 801, Flagler Waterview Building, 1515 N. Flagler Drive, West Palm Beach, FL. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom") which permits remote participation by video or by telephone. To participate in the hearing via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.

To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email at Maria_Romaguera@flsb.uscourts.gov.

All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to all interested parties either electronically or via U.S. Mail this 28th day of April, 2024.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111

 s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704
briankmcmahon@gmail.com