UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   ROBERT GIBSON,                                     Case No.    22-16430-MAM
                                                           Chapter 13

                        Debtor.
_____/

### CERTIFICATE OF SERVICE
and
### CERTIFICATE OF COMPLIANCE WITH
### LOCAL RULE 9073-1(D)


**I HEREBY CERTIFY** that a true and correct copy of this Notice of Hearing (CP#127) on the Motion to

Withdraw as Attorney (CP#126) was served this 29th day of April, 2024 as follows:

Electronically and via US Mail to:

Robert Gibson
intelexigent@gmail.com
2385 Executive Center Dr. Suite 100
Boca Raton, FL 33431

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

Brian K. McMahon, P.A.
1401 Forum Way Suite 730
West Palm Beach, FL. 33401
Telephone:  561-478-2500
Facsimile:  561-478-3111

By:        */s/ Brian K. McMahon*
           Attorney for the Debtor
           FBN:  0853704