

**ORDERED in the Southern District of Florida on May 9, 2024.**

*Mindy A. Mora*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In Re:

ROBERT ALLEN GIBSON,                  Case No. 23-16430-MAM
a/k/a ROBERT A. GIBSON,               Chapter 13

        Debtor.
_____/

## ORDER CLARIFYING AUTOMATIC STAY AND GRANTING LIMITED STAY RELIEF

THIS MATTER came before the Court on April 30, 2024 upon Jeffrey Siskind's Amended Verified Motion to Limit Debtor's Automatic Stay Protection [ECF 123].  At the hearing, the Court deemed the Amended Verified Motion to Limit Debtor's Automatic Stay Protection to be a motion seeking stay relief to proceed with the claim objection hearing in California.  The Court having reviewed the Motion and a Response filed by Debtor's counsel at

ECF 125, hearing argument by Movant and Mr. Gibson's counsel and being otherwise fully informed in the premises,

IT IS ORDERED THAT:

1. Actions taken on Claim numbers 8 and 9 by the United States Bankruptcy Court for the Central Division of California in Case no. 2:23-bk-17720-VZ after Mr. Gibson filed his bankruptcy petition in the Southern District of Florida on August 15, 2023 are void ab initio because they occurred without stay relief from this Court.

2. To the extent necessary, objections to Mr. Gibson's claims may be refiled and must be appropriately noticed and served on interested parties as provided for by the Federal Rules of Bankruptcy Procedure.

3. Mr. Gibson should be provide with a means to attend any California hearings remotely, if applicable.

###

Prepared by:
Jeffrey M. Siskind, Esq.
SISKIND PLLC
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 352-9166
jeffsiskind@msn.com

Attorney Siskind is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming Certificate of Service.