UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION

IN RE:

ROBERT ALLEN GIBSON,               CASE NO.: 23-16430-MAM
                                   CHAPTER 13
                                   JUDGE MINDY A MORA

         Debtor(s).
_____/

**CERTIFICATE OF SERVICE**
**AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**
*Subject property: 1709 22ND AVE N, LAKE WORTH, FL 33460*

I certify that a true copy of this *Notice of Hearing* [D.E. 133] on the *Motion for Relief from Stay* [D.E. 132] was served either electronically and/or via first class U.S. Mail upon:

ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL 33431
*Debtor(s)*

BRIAN K. MCMAHON, ESQ.
1401 FORUM WAY., STE. 730
WEST PALM BEACH, FL 33401
*Attorney for Debtor(s)*

ROBIN R.WEINER
PO BOX 559007
FT. LAUDERDALE, FL, 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204, MIAMI, FL 33130
*U.S. Trustee*

      I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

                                      Diaz Anselmo & Associates, P.A.
                                      **Attorneys for Creditor**
                                      P.O. BOX 19519
                                      Fort Lauderdale, FL  33318
                                      Phone: (954) 564-0071
                                      Fax: (954) 564-9252
                                      E-mail: IMoghimi-Kian@dallegal.com


                                      By: /s/Ida A. Moghimi-Kian
                                          Ida A. Moghimi-Kian
                                          Florida Bar No.56395

Dated: May 31, 2024

1463-197005