UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION

IN RE:

ROBERT ALLEN GIBSON,    CASE NO.: 23-16430-MAM
                        CHAPTER 13

    Debtor(s).
_____/

**DEBTOR'S MOTION FOR EXTENTION OF TIME IN WHICH
TO COMPLY WITH THIS COURT'S ORDER**

Debtor, Robert Allen Gibson, *pro se*, files this motion for an extension of time in which to comply with this Court's order, made during hearing on June 6, 2024, and, in support thereof, states:

1. Hearing was scheduled for June 6, 2024, on counsel for Debtor's continued "Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for Chapter 13 Debtor".

2. Debtor objected to counsel's application as being in contravention to Debtor's retainer agreement with counsel.

3. The Court requested that any support by each, including documents, filings, communication or otherwise, be submitted to this Court withing seven (7) days.

4. Given the distance from Court where Debtor serves as the sole caregiver for his 91-year-old mother, the current inclement weather, and the bulk of communication which must be reviewed, compiled and included to comply with this Court's request, Debtor seek additional time in which to comply.

5. Debtor submits that seven (7) days additional should be sufficient.

**WHEREFORE**, Debtor, Robert Allen Gibson, respectfully requests that this Court enter an Order granting Debtor Seven (7) days additional, from the date of order, in which to provide documents, filings, communication or otherwise, in support of Debtor's objection to counsel's application., and for any such further relief this Court deems proper and just.

By: _____
Robert Gibson
2385 NW Executive Center Drive,
Ste. 100
Boca Raton, FL  33431
intelexigent@gmail.com

I

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day, June, 2024, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

BRIAN K. MCMAHON, ESQ.
1401 FORUM WAY., STE. 730
WEST PALM BEACH, FL
33401
*Attorney for Debtor(s)*

ROBIN
R.WEINER PO
BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S.
TRUSTEE 51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

By: _____
Robert Gibson