

**ORDERED in the Southern District of Florida on June 23, 2024.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

ROBERT ALLEN GIBSON,               CASE NO.: 23-16430-MAM
                                                CHAPTER 13

    Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**TO ENFORCE FINAL JUDGMENT OF FORECLOSURE**
*Property Address: 1709 22ND AVE N, LAKE WORTH, FL 33460*

THIS CAUSE came before the Court on June 6, 2024, on Creditor's, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMTP Trust, Series 2019-C ("Creditor"), Motion for Relief from the Automatic Stay to Enforce Final Judgment of Foreclosure [D.E. 132]. The Court having considered the Motion and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1.        Creditor's Motion for Relief from the Automatic Stay to Enforce Final Judgment of

Foreclosure is **GRANTED**.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to this Creditor its successors and/or assignees, and the Creditor may proceed with foreclosure of its lien on the following property:

> **LOT 30, VERNON HEIGHTS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 24, PAGE 200 OF THE PUBLIC RECORDS OF PALM BEACH COUNT, FLORIDA.**
>
> **Property Address:** 1709 22ND AVE N, LAKE WORTH, FL 33460

3. This Order is entered for the sole purpose of allowing Creditor, its successors and/or assignees, to obtain an *in rem* judgment against the property described above. Creditor shall not seek an *in personam* judgment against Debtor(s).

4. The 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived so that Creditor can pursue its *in rem* remedies.

5. The foreclosure sale date can be rescheduled upon entry of this Order but the foreclosure sale not be held any earlier than 60 days from the date of this Order.

6. Creditor, its successors and/or assignees, may, at its option, offer provide and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement. Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

###

Submitted by:

Ida. A, Moghimi-Kian
Diaz Anselmo & Associates, P.A.
PO BOX 19519
Fort Lauderdale, FL 33318
*Attorneys for Creditor*

*Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve copies of this order on the parties listed and file a certificate of service.*

Copies furnished to:

ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL 33431
*Debtor(s)*

BRIAN K. MCMAHON, ESQ.
1401 FORUM WAY., STE. 730
WEST PALM BEACH, FL 33401
*Attorney for Debtor(s)*

ROBIN R.WEINER
PO BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*