UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION

IN RE:

ROBERT ALLEN GIBSON,   CASE NO.: 23-16430-MAM
                       CHAPTER 13
                       JUDGE MINDY A MORA

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

*Subject property: 1709 22ND AVE N, LAKE WORTH, FL 33460*

I certify that a true copy of this *Order Granting Motion For Relief From The Automatic Stay to Enforce Final Judgment of Foreclosure* [D.E. 138] was served either electronically and/or via first class U.S. Mail upon:

ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL 33431
*Debtor(s)*

BRIAN K. MCMAHON, ESQ.
1401 FORUM WAY., STE. 730
WEST PALM BEACH, FL 33401
*Attorney for Debtor(s)*

ROBIN R. WEINER
PO BOX 559007
FT. LAUDERDALE, FL, 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204, MIAMI, FL 33130
*U.S. Trustee*

   I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

                 Diaz Anselmo & Associates, P.A.
                 **Attorneys for Creditor**
                 P.O. BOX 19519
                 Fort Lauderdale, FL  33318
                 Phone: (954) 564-0071
                 Fax: (954) 564-9252
                 E-mail: IMoghimi-Kian@dallegal.com


               By: /s/Ida A. Moghimi-Kian
                 Ida A. Moghimi-Kian
                 Florida Bar No.56395

Dated: June 27, 2024

1463-197005