UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   ROBERT GIBSON,    Case No.   22-16430-MAM
                                              Chapter 13
           Debtor.
_____/

**CERTIFICATE OF SERVICE**
and
**CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Hearing (CP#141) on the Motion to Withdraw as Attorney (CP#126) was served this 2nd day of July, 2024 as follows:

Electronically and via US Mail to:

Robert Gibson
intelexigent@gmail.com

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

                                    Brian K. McMahon, P.A.
                                    1401 Forum Way Suite 730
                                    West Palm Beach, FL. 33401
                                    Telephone:  561-478-2500
                                    Facsimile:  561-478-3111

          By:       */s/ Brian K. McMahon*
                                    Attorney for the Debtor
                                    FBN:  0853704