

**ORDERED in the Southern District of Florida on July 10, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 23-16430-MAM |
| Robert Allen Gibson, | Chapter 13 |
| Debtor. | |
| _____/ | |

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLY WITH THIS COURT'S ORDER

**THIS MATTER** came before the Court upon *Debtor's Motion for Extension of Time in Which to Comply with this Court's Order* (ECF No. 137) (the "Motion"). Debtor failed to submit a proposed form of order with the Motion. Given that Debtor is appearing *pro se* in this case, the Court is entering its own order.

On June 6, 2024, the Court conducted a hearing (the "Hearing") on the *Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for Chapter 13 Debtor* (ECF No. 107) (the "Fee Application") and Motion

1

to Withdraw as Attorney of Record (ECF No. 126) (the "Withdrawal Motion"). The Court continued the matter to July 2, 2024 and directed the parties to file supplemental documentation related to Debtor's objection to the Fee Application and the Withdrawal Motion within seven days of the Hearing, or by June 13, 2024.

On June 14, 2024, Debtor filed the Motion and requested an additional seven days within which to file documentation related to his objection. Notwithstanding the Motion filed by Debtor for additional time, no additional documents in support of Debtor's objection to the Withdrawal Motion and Fee Application have been filed with the Court as of the date of this Order.

On July 2, 2024, Mr. McMahon, Debtor's counsel appeared at the continued hearing on the Withdrawal Motion and the Fee Application. Mr. McMahon advised that he failed to serve Debtor with a copy of the notice of continued hearing on July 2, 2024 (ECF No. 139) and requested that the hearing be continued. The Court agreed to continue the hearing on the Withdrawal Motion and Fee Application until July 11, 2024 at 10:00 a.m.

Accordingly, having reviewed the Motion and being otherwise fully advised in the premises, the Court hereby **ORDERS** that:

1. The Motion is **GRANTED.**

2. Although Debtor requested an extension solely through June 20, 2024, the Court *sua sponte* grants Debtor an extension of an additional three days to allow for mailing, plus an extra day so that the due date falls on a Monday.

3. The Debtor is authorized to file the additional documentation in support of his objection to the Withdrawal Motion and Fee Application through and including June 24, 2024.

###

**Copies Furnished To:**

All interested parties by the Clerk.