United States Bankruptcy Court

Southern District of Florida

In re:  
Robert Allen Gibson  
    Debtor

Case No. 23-16430-MAM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf004 | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allen Gibson, 2385 Executive Cir Dr., Suite 100, Boca Raton, FL 33431-8510 |
| cr | + | Dick Dwyer, c/o Jeffrey M Siskind, Esq., SISKIND, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Jeffrey Marc Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Joseph Karam, c/o Jeffrey M. Siskind, Esq., SISKIND PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Kelly Landers, c/o Jeffrey Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414 UNITED STATES 33414-7269 |
| cr | + | Richard Fairchild, PO Box 5798, Lake Worth, FL 33466-5798 |
| intp | + | Sovereign Gaming & Entertainment, LLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047633 | + | Dick Dwyer and Florida Investigators, c/o Siskind Legal PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047634 | + | Focus Financial Services, Attn: Bankruptcy, Po Box 1050, Boynton Beach, FL 33425-1050 |
| 97129136 | + | Jeffrey M. Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047636 | + | Jeffrey M. Siskind, PLLC, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |
| 97047637 | + | Joseph Karam, 785 8th Court, Unit 8, Vero Beach, FL 32962-1635 |
| 97047639 | + | Judith Siskind, 3465 Santa Barbara Dr, Wellington FL 33414-7269 |
| 97050914 | + | Kelly Landers, c/0 Jeffrey M Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047640 | + | Palm Isles I Condo Assn, 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97122981 | + | Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97111119 | + | Richard Fairchild, White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97075100 | + | US Bank, Kass Shuler, 1505 N Florida Ave, Tampa, FL 33602-2654 |
| 97111117 | + | White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97047642 | + | William LaRoque, c/o Jeffrey Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97129046 | + | William Larocque, c/o Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: mroher@markroherlaw.com | Jul 10 2024 22:40:00 | Ethan Michael Bendavid, c/o Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Rd., Ste 300, Pembroke Pines, FL 33028-1032 |
| cr | + | Email/Text: IMoghimi-Kian@dallegal.com | Jul 10 2024 22:40:00 | U.S. Bank National Association, Diaz Anselmo & Associates, P.A., P.O. Box 19519, Fort Lauderdale, FL 33318-0519 |
| 97047632 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 23:03:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97082266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 22:50:42 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97047635 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 10 2024 22:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 97047638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 22:50:42 | JP Morgan Chase, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 97077735 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 10 2024 22:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf004 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 97047641 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jul 10 2024 22:50:42 | Wells Fargo, Chalres W. Scharf, President, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Judith Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | *+ | Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| intp | *+ | William Larocque, c/o Siskind PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K. McMahon, Esq. | on behalf of Debtor Robert Allen Gibson briankmcmahon@gmail.com irizarryelise1@gmail.com |
| Brian K. McMahon, Esq. | on behalf of Defendant Robert Gibson briankmcmahon@gmail.com irizarryelise1@gmail.com |
| Ida Moghimi Kian | on behalf of Creditor U.S. Bank National Association southerndistrict@shdlegalgroup.com |
| Jeffrey M Siskind | on behalf of Creditor Jeffrey Marc Siskind jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Interested Party William Larocque jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Creditor Kelly Landers jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Creditor Joseph Karam jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Creditor Dick Dwyer jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Interested Party Sovereign Gaming & Entertainment LLC jeffsiskind@msn.com, jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Plaintiff Dick Dwyer jeffsiskind@msn.com jmsesq500@gmail.com |
| Jeffrey M Siskind | on behalf of Interested Party Judith Siskind jeffsiskind@msn.com jmsesq500@gmail.com |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf004 | Total Noticed: 29 |

Jeffrey M Siskind

        on behalf of Plaintiff Kelly Landers jeffsiskind@msn.com jmsesq500@gmail.com

Jeffrey M Siskind

        on behalf of Plaintiff Joseph Karam jeffsiskind@msn.com jmsesq500@gmail.com

Mark S. Roher, Esq.

        on behalf of Interested Party Ethan Michael Bendavid mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Nadine V. White-Boyd

        on behalf of Creditor Richard Fairchild nadine@wblawpa.com nvwboyd@aol.com

Office of the US Trustee

        USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner

        ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 17



**ORDERED in the Southern District of Florida on July 10, 2024.**

*[signature]*
_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:                                              Case No.: 23-16430-MAM

Robert Allen Gibson,                                Chapter 13

    Debtor.
_____/

## ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLY WITH THIS COURT'S ORDER

**THIS MATTER** came before the Court upon *Debtor's Motion for Extension of Time in Which to Comply with this Court's Order* (ECF No. 137) (the "Motion"). Debtor failed to submit a proposed form of order with the Motion. Given that Debtor is appearing *pro se* in this case, the Court is entering its own order.

On June 6, 2024, the Court conducted a hearing (the "Hearing") on the *Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for Chapter 13 Debtor* (ECF No. 107) (the "Fee Application") and Motion

1

to Withdraw as Attorney of Record (ECF No. 126) (the "Withdrawal Motion"). The Court continued the matter to July 2, 2024 and directed the parties to file supplemental documentation related to Debtor's objection to the Fee Application and the Withdrawal Motion within seven days of the Hearing, or by June 13, 2024.

On June 14, 2024, Debtor filed the Motion and requested an additional seven days within which to file documentation related to his objection. Notwithstanding the Motion filed by Debtor for additional time, no additional documents in support of Debtor's objection to the Withdrawal Motion and Fee Application have been filed with the Court as of the date of this Order.

On July 2, 2024, Mr. McMahon, Debtor's counsel appeared at the continued hearing on the Withdrawal Motion and the Fee Application. Mr. McMahon advised that he failed to serve Debtor with a copy of the notice of continued hearing on July 2, 2024 (ECF No. 139) and requested that the hearing be continued. The Court agreed to continue the hearing on the Withdrawal Motion and Fee Application until July 11, 2024 at 10:00 a.m.

Accordingly, having reviewed the Motion and being otherwise fully advised in the premises, the Court hereby **ORDERS** that:

1. The Motion is **GRANTED.**

2. Although Debtor requested an extension solely through June 20, 2024, the Court *sua sponte* grants Debtor an extension of an additional three days to allow for mailing, plus an extra day so that the due date falls on a Monday.

3. The Debtor is authorized to file the additional documentation in support of his objection to the Withdrawal Motion and Fee Application through and including June 24, 2024.

###

**Copies Furnished To:**

All interested parties by the Clerk.