

**ORDERED in the Southern District of Florida on July 22, 2024.**

*Mindy A. Mora, Judge*
*United States Bankruptcy Court*

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division

In re:　　　　　　　　　　　　　　　　　　Case No. 23-16430-MAM

ROBERT A. GIBSON,　　　　　　　　　　　Chapter 13

Debtor
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

THIS MATTER came before the Court July 11, 2024, for consideration of the Motion to Withdraw as Attorney for Debtor [ECF #126]. The Court, having considered the motion and for the reasons set forth on the record, grants the motion. Accordingly, it is

ORDERED that the Motion to Withdraw as Attorney for Debtor is granted. All future pleadings and correspondence shall be directed to:

Robert Gibson
2385 Executive Center Dr. Suite 100
Boca Raton, FL 33431
intelexigent@gmail.com

### ###

Submitted by:
Brian K. McMahon, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
[briankmcmahon@gmail.com](mailto:briankmcmahon@gmail.com)

Attorney McMahon shall provide a copy to all interested parties and file a certificate of service.