

**ORDERED in the Southern District of Florida on July 29, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
West Palm Beach Division

In re:                                              Case No. 23-16430-MAM

ROBERT A. GIBSON,                                   Chapter 13

Debtor
_____/

**ORDER AWARDING FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO
BRIAN K. MCMAHON, P.A. AS COUNSEL FOR THE DEBTOR**

THIS MATTER came before the Court on July 11, 2024, on the Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for Chapter 13 Debtor [ECF#107]. The Court having considered the motion, the argument of the parties, and for the reasons set forth on the record, grants the application. Accordingly, it is

ORDERED that Brian K. McMahon, P.A., counsel for Debtor is awarded final fees in the amount of $10,200.00, which shall be paid through the chapter 13 plan.

###

Submitted by:

Brian K. McMahon, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
briankmcmahon@gmail.com

Attorney McMahon shall provide a copy of this order to all interested parties and file a certificate of service.