# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO.: 23-16430-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERT ALLEN GIBSON
XXX-XX-8057

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to <u>September 5, 2024</u> at <u>9:00 AM</u> at the United States Federal Bankruptcy Courthouse, 1515 North Flagler Drive, Room 801, Courtroom A, West Palm Beach, FL 33401.

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 16th day of August, 2024.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROBERT ALLEN GIBSON
2385 EXECUTIVE CIR DR.
SUITE 100
BOCA RATON, FL  33431

**ROBIN R. WEINER** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.