

**ORDERED in the Southern District of Florida on October 8, 2024.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

### ORDER CONTINUING HEARINGS SET FOR
### OCTOBER 9, 2024 ON CHAPTER 13 CALENDAR

THIS MATTER came before the Court sua sponte on October 8, 2024.

The United States Bankruptcy Court (West Palm Beach Division) located at 1515 N. Flagler Drive, Suite 801, West Palm Beach, Florida 33401 will be **CLOSED** on **October 9 and 10, 2024** due to inclement weather from Hurricane Milton. The Court must continue the entire chapter 13 calendar (all matters) originally scheduled for hearing before Judge Mindy A. Mora on October 9, 2024.

The Court **ORDERS** that:

1. All hearings presently scheduled on the chapter 13 calendar for October 9, 2024 are continued to **October 23, 2024**, with the rescheduled hearings occurring at the same time of day at which they were originally scheduled.

2. Although the Court will conduct the hearings set on the chapter 13 calendar in person, any interested party may choose to attend the Status Conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the Status Conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the Status Conference. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

3. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

4. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

*Clerk of Court directed to file and serve this order on all interested parties.*