United States Bankruptcy Court

Southern District of Florida

In re:  
Robert Allen Gibson  
    Debtor

Case No. 23-16430-MAM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 08, 2024 | Form ID: pdf004 | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allen Gibson, 2385 Executive Cir Dr., Suite 100, Boca Raton, FL 33431-8510 |
| cr | + | Dick Dwyer, c/o Jeffrey M Siskind, Esq., SISKIND, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Jeffrey Marc Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Joseph Karam, c/o Jeffrey M. Siskind, Esq., SISKIND PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Kelly Landers, c/o Jeffrey Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414 UNITED STATES 33414-7269 |
| cr | + | Richard Fairchild, PO Box 5798, Lake Worth, FL 33466-5798 |
| intp | + | Sovereign Gaming & Entertainment, LLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047633 | + | Dick Dwyer and Florida Investigators, c/o Siskind Legal PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047634 | + | Focus Financial Services, Attn: Bankruptcy, Po Box 1050, Boynton Beach, FL 33425-1050 |
| 97129136 | + | Jeffrey M. Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047636 | + | Jeffrey M. Siskind, PLLC, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |
| 97047637 | + | Joseph Karam, 785 8th Court, Unit 8, Vero Beach, FL 32962-1635 |
| 97047639 | + | Judith Siskind, 3465 Santa Barbara Dr, Wellington FL 33414-7269 |
| 97050914 | + | Kelly Landers, c/0 Jeffrey M Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047640 | + | Palm Isles I Condo Assn, 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97122981 | + | Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97111119 | + | Richard Fairchild, White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97075100 | + | US Bank, Kass Shuler, 1505 N Florida Ave, Tampa, FL 33602-2654 |
| 97111117 | + | White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97047642 | + | William LaRoque, c/o Jeffrey Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97129046 | + | William Larocque, c/o Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: mroher@markroherlaw.com | Oct 08 2024 22:48:00 | Ethan Michael Bendavid, c/o Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Rd., Ste 300, Pembroke Pines, FL 33028-1032 |
| cr | + | Email/Text: IMoghimi-Kian@dallegal.com | Oct 08 2024 22:49:00 | U.S. Bank National Association, Diaz Anselmo & Associates, P.A., P.O. Box 19519, Fort Lauderdale, FL 33318-0519 |
| 97047632 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2024 22:53:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97082266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2024 22:52:41 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97047635 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 08 2024 22:48:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 97047638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2024 22:53:31 | JP Morgan Chase, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 97077735 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 08 2024 22:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf004 | Total Noticed: 29 |

| 97047641 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 08 2024 22:53:08 | Wells Fargo, Chalres W. Scharf, President, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Judith Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | *+ | Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| intp | *+ | William Larocque, c/o Siskind PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024    Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K. McMahon, Esq. | on behalf of Defendant Robert Gibson briankmcmahon@gmail.com  irizarryelise1@gmail.com |
| Ida Moghimi Kian | on behalf of Creditor U.S. Bank National Association southerndistrict@shdlegalgroup.com |
| Jeffrey M Siskind | on behalf of Creditor Jeffrey Marc Siskind jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Interested Party William Larocque jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Creditor Joseph Karam jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Creditor Kelly Landers jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Creditor Dick Dwyer jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Interested Party Sovereign Gaming & Entertainment  LLC jeffsiskind@msn.com, intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Plaintiff Dick Dwyer jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Interested Party Judith Siskind jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Plaintiff Kelly Landers jeffsiskind@msn.com  intelexigent@outlook.com |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 08, 2024 | Form ID: pdf004 | Total Noticed: 29 |

Jeffrey M Siskind
        on behalf of Plaintiff Joseph Karam jeffsiskind@msn.com  intelexigent@outlook.com

Mark S. Roher, Esq.
        on behalf of Interested Party Ethan Michael Bendavid mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Nadine V White-Boyd
        on behalf of Creditor Richard Fairchild nadine@wblawpa.com  nvwboyd@aol.com

Office of the US Trustee
        USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
        ecf@ch13weiner.com  ecf2@ch13weiner.com


TOTAL: 16



**ORDERED in the Southern District of Florida on October 8, 2024.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

### ORDER CONTINUING HEARINGS SET FOR OCTOBER 9, 2024 ON CHAPTER 13 CALENDAR

THIS MATTER came before the Court sua sponte on October 8, 2024.

The United States Bankruptcy Court (West Palm Beach Division) located at 1515 N. Flagler Drive, Suite 801, West Palm Beach, Florida 33401 will be **CLOSED** on **October 9 and 10, 2024** due to inclement weather from Hurricane Milton. The Court must continue the entire chapter 13 calendar (all matters) originally scheduled for hearing before Judge Mindy A. Mora on October 9, 2024.

The Court **ORDERS** that:

1. All hearings presently scheduled on the chapter 13 calendar for October 9, 2024 are continued to **October 23, 2024**, with the rescheduled hearings occurring at the same time of day at which they were originally scheduled.

2.  Although the Court will conduct the hearings set on the chapter 13 calendar in person, any interested party may choose to attend the Status Conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the Status Conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the Status Conference. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

3.  If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

4.  All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

*Clerk of Court directed to file and serve this order on all interested parties.*