United States Bankruptcy Court

Southern District of Florida

In re:  
Robert Allen Gibson  
    Debtor

Case No. 23-16430-MAM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-9        User: admin        Page 1 of 3  
Date Rcvd: Nov 08, 2024        Form ID: CGFD43        Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allen Gibson, 2385 Executive Cir Dr., Suite 100, Boca Raton, FL 33431-8510 |
| cr | + | Dick Dwyer, c/o Jeffrey M Siskind, Esq., SISKIND, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Jeffrey Marc Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Joseph Karam, c/o Jeffrey M. Siskind, Esq., SISKIND PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | + | Kelly Landers, c/o Jeffrey Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414 UNITED STATES 33414-7269 |
| cr | + | Richard Fairchild, PO Box 5798, Lake Worth, FL 33466-5798 |
| intp | + | Sovereign Gaming & Entertainment, LLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047633 | + | Dick Dwyer and Florida Investigators, c/o Siskind Legal PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047634 | + | Focus Financial Services, Attn: Bankruptcy, Po Box 1050, Boynton Beach, FL 33425-1050 |
| 97129136 | + | Jeffrey M. Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047636 | + | Jeffrey M. Siskind, PLLC, 3465 Santa Barbara Dr, Wellington, FL 33414-7269 |
| 97047637 | + | Joseph Karam, 785 8th Court, Unit 8, Vero Beach, FL 32962-1635 |
| 97047639 | + | Judith Siskind, 3465 Santa Barbara Dr, Wellington FL 33414-7269 |
| 97050914 | + | Kelly Landers, c/0 Jeffrey M Siskind, Esq., Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97047640 | + | Palm Isles I Condo Assn, 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97122981 | + | Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| 97111119 | + | Richard Fairchild, White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97075100 | + | US Bank, Kass Shuler, 1505 N Florida Ave, Tampa, FL 33602-2654 |
| 97111117 | + | White-Boyd Law, PA, 1818 S. Australian Avenue, Suite 406, West Palm Beach, FL 33409-6447 |
| 97047642 | + | William LaRoque, c/o Jeffrey Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| 97129046 | + | William Larocque, c/o Siskind, PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Nov 09 2024 03:22:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Nov 08 2024 22:44:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| intp | + | Email/Text: mroher@markroherlaw.com | Nov 08 2024 22:43:00 | Ethan Michael Bendavid, c/o Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Rd., Ste 300, Pembroke Pines, FL 33028-1032 |
| cr | + | Email/Text: IMoghimi-Kian@dallegal.com | Nov 08 2024 22:43:00 | U.S. Bank National Association, Diaz Anselmo & Associates, P.A., P.O. Box 19519, Fort Lauderdale, FL 33318-0519 |
| 97047632 | + | EDI: CAPITALONE.COM | Nov 09 2024 03:22:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97082266 | | EDI: CAPITALONE.COM | Nov 09 2024 03:22:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97047635 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 08 2024 22:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 97047638 | | EDI: JPMORGANCHASE | | |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: CGFD43 | Total Noticed: 31 |

| | | | Nov 09 2024 03:22:00 | JP Morgan Chase, 3415 Vision Drive, Columbus, OH 43219-6009 |
|---|---|---|---|---|
| 97077735 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 08 2024 22:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 97047641 | + | EDI: WFFC2 | Nov 09 2024 03:22:00 | Wells Fargo, Chalres W. Scharf, President, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Judith Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |
| cr | *+ | Palm Isles I Condominium Association, Inc., 9545 Palm Isles Drive, Boynton Beach, FL 33437-3824 |
| intp | *+ | William Larocque, c/o Siskind PLLC, 3465 Santa Barbara Drive, Wellington, FL 33414-7269 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian K. McMahon, Esq. | on behalf of Defendant Robert Gibson briankmcmahon@gmail.com  irizarryelise1@gmail.com |
| Ida Moghimi Kian | on behalf of Creditor U.S. Bank National Association southerndistrict@shdlegalgroup.com |
| Jeffrey M Siskind | on behalf of Creditor Jeffrey Marc Siskind jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Interested Party William Larocque jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Creditor Joseph Karam jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Creditor Kelly Landers jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Creditor Dick Dwyer jeffsiskind@msn.com  intelexigent@outlook.com |
| Jeffrey M Siskind | on behalf of Interested Party Sovereign Gaming & Entertainment  LLC jeffsiskind@msn.com, intelexigent@outlook.com |
| Jeffrey M Siskind | |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2024 | Form ID: CGFD43 | Total Noticed: 31 |

Jeffrey M Siskind
    on behalf of Plaintiff Dick Dwyer jeffsiskind@msn.com intelexigent@outlook.com

Jeffrey M Siskind
    on behalf of Interested Party Judith Siskind jeffsiskind@msn.com intelexigent@outlook.com

Jeffrey M Siskind
    on behalf of Plaintiff Kelly Landers jeffsiskind@msn.com intelexigent@outlook.com

Jeffrey M Siskind
    on behalf of Plaintiff Joseph Karam jeffsiskind@msn.com intelexigent@outlook.com

Mark S. Roher, Esq.
    on behalf of Interested Party Ethan Michael Bendavid mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Nadine V White-Boyd
    on behalf of Creditor Richard Fairchild nadine@wblawpa.com nvwboyd@aol.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
    ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 16

CGFD43 (4/23/19)



**ORDERED in the Southern District of Florida on November 8, 2024**

*Mindy A Mora*
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 23-16430-MAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert Allen Gibson
2385 Executive Cir Dr.
Suite 100
Boca Raton, FL 33431

SSN: xxx-xx-8057

## ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE

    This case came before the court for confirmation of a proposed chapter 13 plan. Based on the record, it is

**ORDERED** as follows:

1. Confirmation of the proposed chapter 13 plan is denied.

2. This case is dismissed.

*Page 1 of 2*

3. All pending motions are denied as moot.

4. The trustee shall file a final report prior to the administrative closing of the case.

5. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013−1(E).

7. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

*###*

*Page 2 of 2*